AO 442 (Rev. 11/11) Arrest Warrant

11235759

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.
**DANIEL DEAN EGTVEDT**

Case: 1:21-mj-00212
Assigned to: Judge Faruqui, Zia M
Assign Date: 2/9/2021
Description: COMPLAINT W/ARREST WARRANT

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **DANIEL DEAN EGTVEDT**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - assault on federal officer or person assisting federal officer;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. § 1752(a)(1), (2) & (4) - unlawful entry, disorderly conduct, and physical violence into/in/on restricted building or grounds;
40 U.S.C. § 5104(e)(2)(D) & (F) - Disorderly conduct and physical violence on Capitol Grounds.

Date: 2/9/2021

2021.02.09 20:53:04 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.   Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 2/9/2021, and the person was arrested on *(date)* 2/11/2021 at *(city and state)* Washington DC. |
| Date: 2/11/2021 |
| *Arresting officer's signature* |
| Vincent Case Dixon |
| *Printed name and title* |