IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-177 (CRC) |
| | ) | |
| | ) | |
| DANIEL D. EGTVEDT. | ) | |

**DEFENDANT'S RESPONSE TO GOVERNMENT REQUEST FOR REVOCATION OR HEARING**

COMES NOW Kira Anne West, counsel for Mr. Daniel D. Egtvedt in the above captioned case, and respectfully responds to the government's motion to revoke Mr. Egtvedt's conditions of release or in the alternative hold a hearing to determine if another less remote third party custodian could be found. The government's motion is not yet ripe for review, and Mr. Egtvedt states the following:

As the Government correctly states, there have been myriad issues with getting the GPS monitoring to function. In fact, officers from pretrial services have had 5 meetings with Mr. Egtvedt in the past two weeks in an attempt to get different types of monitoring devices to work. All have failed. Therefore, Officer Jeremy Beck has set up another meeting with Mr. Egtvedt for this Friday, May 7th, 2021, to again attempt to find working equipment. In the event that does not work, it may be prudent to have a hearing at that time in order for the Court to hear how compliant Mr. Egtvedt has been since being placed on conditions of release. Importantly, Mr. Egtvedt has stayed in his brother's home as if he was being monitored and has complied with each and every condition this Court previously ordered. Mr. Egtvedt has had appointments with multiple doctors and was given a diagnosis of post-concussion syndrome. He is taking medication and following concussion protocols. He starts physical therapy May

14th.

Therefore, Mr. Egtvedt respectfully asks this Court to give Officer Beck until this Friday, May 7th, 2021, to try new monitoring equipment.

                                          Respectfully submitted,

                                          KIRA ANNE WEST

By:        /s/
                                          Kira Anne West
                                          DC Bar No. 993523
                                          712  H Street N.E., Unit  509
                                          Washington, D.C.  20002
                                          Phone:  202-236-2042
                                          kiraannewest@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify on the 4th  day of May, 2021 a copy of same was delivered to the parties of record, by email,  pursuant to the Covid standing order and the  rules of the Clerk of Court.

                                          /S/
                                      Kira Anne West