```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

**UNITED STATES OF AMERICA**      :
                                  :
     **v.**                         :      1:21-cr-00177-CRC
                                  :
                                  :
**DANIEL D. EGTVEDT,**             :
                                  :
  **Defendant.**                 :

**GOVERNMENT'S RENEWED MOTION TO REVOKE DEFENDANT'S PRETRIAL RELEASE OR IN THE ALTERNATIVE FOR AN EARLY STATUS HEARING**

The United States of America, by and through the Acting United States Attorney for the District of Columbia, hereby renews its motion (doc. 27) to revoke the defendant's release or in the alternative for an early status hearing, prior to the scheduled date of June 3, 2021.

Following the defendant's response (doc. 28) to the government's original motion the Court issued a minute order requiring the Pretrial Services Agency to inform the Court, by 10 a.m. on May 7, 2021 (i.e., today), whether new location-monitoring equipment, expected to be installed on May 6, 2021, "was successfully installed and whether it is functioning." Earlier today, the government received an email (pdf copy attached) from the U.S. Probation and Pretrial Services, District of Maryland (which is conducting courtesy supervision of the defendant), indicating that the new equipment does not function adequately.

Accordingly, the government is renewing its motion.

    Respectfully submitted

    CHANNING D. PHILLIPS
    ACTING UNITED STATES ATTORNEY

    Colleen Kukowski
    Assistant United States Attorney

by:  /s/ *Michael C. Liebman*
    Michael C. Liebman
    Assistant United States Attorney
    D.C. Bar No. 479562
    555 4th Street, N.W., room 9106
    Washington, D.C.  20001
    (202) 252-7243
    (202) 353-5415 (fax)
    michael.liebman@usdoj.gov