IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-177 (CRC) |
| | ) | |
| | ) | |
| DANIEL D. EGTVEDT. | ) | |

**UNOPPOSED MOTION FOR TEMPORARY MODIFICATION OF PRETRIAL RELEASE CONDITIONS**

COMES NOW Kira Anne West, counsel for Mr. Daniel D. Egtvedt in the above captioned case, and asks this Honorable Court to order a temporary modification in pretrial release conditions and in support states the following:

As this Court knows, Mr. Egtvedt is charged with numerous counts, both misdemeanors and felonies, in the January 6, 2021, riot at the Capitol. As the Court also knows, Mr. Egtvedt has been completely compliant with his pretrial release conditions.

Specifically, Mr. Egtvedt requests that he be allowed to accompany his brother, Rick Egtvedt, who is currently serving as his third party custodian, to their farm in Romney, West Virginia, which is approximately 1.5 hours from their home in Garrett County, Maryland. Mr. Rick Egtvedt has scheduled a great deal of repair work and he needs to be at the farm From October 4-8, 2021.

As of today, October 1, 2021, both Pretrial Services in Maryland and the United States Attorney's Office AUSA's have no opposition to this motion. Undersigned counsel spoke to Pretrial Services Officer John Copes in the office of Washington, D.C. who defers to the Court but states that Mr. Egtvedt has been compliant.

Mr. Egtvedt respectfully requests that this Court order pretrial services to temporarily

allow him to stay at the family farm with his brother and mother from October 4-8, 2021. Mr. Egtvedt understands that he must give exact specifics with regard to times of arrival and departure.  Undersigned counsel apologizes to the Court for the late filing of this motion.

                Respectfully submitted,

                KIRA ANNE WEST

By:       /s/
                Kira Anne West
                DC Bar No. 993523
                712  H Street N.E., Unit  509
                Washington, D.C.  20002
                Phone:  202-236-2042
                kiraannewest@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify on the 1st day of October,  2021 a copy of same was delivered to the parties of record, by email,  pursuant to the Covid standing order and the  rules of the Clerk of Court.

                /S/
                Kira Anne West