UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 21-CR-177** |
| | : | |
| **Daniel Dean Egtvedt** | : | |
| **Defendant.** | : | |

## ORDER

Pending before the Court is the defendant's motion to temporarily modify the pretrial release condition of home detention at the home of his third party custodian and allow him to live in the family condominium across the street from his current residence. The motion having merit, the motion is GRANTED/DENIED. It is therefore ORDERED, that Mr. Egtvedt be allowed to live in the family condo but still be monitored by pretrial services with location monitoring and with his brother Rick Egtvedt remaining as his third party custodian.

SO ORDERED.

Signed this _____ day of _____, 2021.

_____
CHRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE