IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-177 (CRC) |
| | ) | |
| | ) | |
| DANIEL D. EGTVEDT. | ) | |

**UNOPPOSED MOTION FOR TEMPORARY MODIFICATION OF PRETRIAL RELEASE CONDITIONS**

COMES NOW Kira Anne West, counsel for Mr. Daniel D. Egtvedt in the above captioned case, and asks this Honorable Court to order a temporary modification in pretrial release conditions and in support states the following:

As this Court knows, Mr. Egtvedt is charged with numerous counts, both misdemeanors and felonies, in the January 6, 2021, riot at the Capitol. As the Court also knows, Mr. Egtvedt has been completely compliant with his pretrial release conditions.

Specifically, Mr. Egtvedt requests that he be allowed to travel to his farm to bury his dog, Zoe, who recently passed away, accompanied by his brother, Rick Egtvedt, who is currently serving as his third party custodian, to their farm in Romney, West Virginia, which is approximately 1.5 hours from their home in Garrett County, Maryland.

Undersigned counsel has contacted both Pretrial Services in Maryland and the United States Attorney's Office AUSA's and they have no opposition to this motion. Undersigned counsel spoke to Pretrial Services Officer Jeremy Beck in Virginia on March 17, 2022, in person, who stated that Mr. Egtvedt has been compliant.

Mr. Egtvedt respectfully requests that this Court order pretrial services to temporarily allow him to stay at the family farm with his brother and mother from March 29-31, 2022. Mr.

Egtvedt understands that he must give exact specifics with regard to times of arrival and departure.

                                          Respectfully submitted,

                                          KIRA ANNE WEST

                By:            /s/
                                          Kira Anne West
                                          DC Bar No. 993523
                                          712  H Street N.E., Unit  509
                                          Washington, D.C.  20002
                                          Phone:  202-236-2042
                                          kiraannewest@gmail.com

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify on the 28th day of March,  2022 a copy of same was delivered to the parties of record, by email,  pursuant to the Covid standing order and the  rules of the Clerk of Court.

                                                        /S/
                                                    Kira Anne West