UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 21-CR-177** |
| | : | |
| **Daniel Dean Egtvedt** | : | |
| **Defendant.** | : | |

## ORDER

Pending before the Court is the defendant's motion to suppress both statements of the defendant and the warrant for his cellular phone. The motion having merit, the motion is GRANTED/DENIED.

Signed this _____ day of _____, 2022.

_____
CHRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE