IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-177 (CRC) |
| | ) | |
| | ) | |
| DANIEL D. EGTVEDT. | ) | |

**CORRECTED UNOPPOSED MOTION FOR TEMPORARY MODIFICATION OF PRETRIAL RELEASE CONDITIONS**

COMES NOW Kira Anne West, counsel for Mr. Daniel D. Egtvedt in the above captioned case, and asks this Honorable Court to order a temporary modification in pretrial release conditions for the below corrected dates and in support states the following:

As this Court knows, Mr. Egtvedt is charged with numerous counts, both misdemeanors and felonies, in the January 6, 2021, riot at the Capitol. As the Court also knows, Mr. Egtvedt has been completely compliant with his pretrial release conditions.

ON March 28, undersigned counsel filed a motion to modify conditions of release temporarily with the dates March 29-31. There was a misunderstanding as to dates between undersigned counsel and other family members of the defendant, and the correct dates are April 11-13, 2022. The government and pretrial have been notified of this correction.

Specifically, Mr. Egtvedt requests that he be allowed to travel to his farm to bury his dog, Zoe, who recently passed away, accompanied by his brother, Rick Egtvedt, who is currently serving as his third party custodian, to their farm in Romney, West Virginia, which is approximately 1.5 hours from their home in Garrett County, Maryland.

Undersigned counsel has contacted both Pretrial Services in Maryland and the United

States Attorney's Office AUSA's and they have no opposition to this motion.  Undersigned counsel spoke to  Pretrial Services Officer Jeremy Beck in Virginia on March 17, 2022, in person, who stated that Mr. Egtvedt has been compliant.

    Mr. Egtvedt respectfully requests that this Court order pretrial services to temporarily allow him to stay at the family farm with his brother and mother from April 11-13, 2022. Mr. Egtvedt understands that he must give exact specifics with regard to times of arrival and departure.

                             Respectfully submitted,

                             KIRA ANNE WEST

           By:          /s/
                             Kira Anne West
                             DC Bar No. 993523
                             712  H Street N.E., Unit  509
                             Washington, D.C.  20002
                             Phone:  202-236-2042
                             kiraannewest@gmail.com

## CERTIFICATE OF SERVICE

    I hereby certify on the 29th day of March,  2022 a copy of same was delivered to the parties of record, by email,  pursuant to the Covid standing order and the  rules of the Clerk of Court.

                                           /S/
                                      Kira Anne West