<span style="color:red">**EXHIBIT A**</span>



# REQUEST FOR TEMPORARY COMMITMENT

UNITED STATES OF AMERICA

VS

__Daniel Dean Egtvedt__
Name of Defendant/Arrestee

TO: ANY DISTRICT COURT COMMISSIONER FOR THE DISTRICT COURT OF MARYLAND

THE ABOVE NAMED DEFENDANT/ARRESTEE IS IDENTICAL TO THE INDIVIDUAL TO WHOM THE FOLLOWING INFORMATION APPLIES:

APPREHENDED ON __2/13/2021__ AT __2140 Boy Scout Rd, Oakland, MD__
              Date                          Location of Apprehension

BY __S/TPR Brennan #5146__ FROM __Maryland State Police__
   Officer/ID#                                  Agency

ON  [X] FEDERAL WARRANT / DETAINER      [ ] U.S. MAGISTRATES WARRANT
    [ ] FEDERAL BENCH WARRANT           [ ] WARRANTLESS ARREST BY FEDERAL OFFICER

THERE EXIST PROBABLE CAUSE TO BELIEVE THAT THE ABOVE NAMED DEFENDANT/ARRESTEE IS THE SAME INDIVIDUAL LISTED IN THE SELECTED WARRANT OR IN THE CASE OF A WARRANTLESS ARREST VIOLATED THE UNITED STATES CODE AS FOLLOWS:

| U.S. Code | Charge Description |
|---|---|
| 18 USC 111 a(1) | assault on Federal law officer |
| 231 a 3 | Obstruction of Law Enf. during civil unrest |
| 1512 c 2 | Obstruction of Justice (Congress) |

PROVIDE THE DATE AND TIME THE DEFENDANT/ARRESTEE WILL BE PICKED UP FROM THE FACILITY, TO WHERE THEY WILL BE TRANSPORTED, AND THE VERFIED CONTACT INFORMATION OF A FEDERAL OFFICER / AGENCY RESPONSIBLE FOR THAT PICK UP :

__2-16-2021__
Date/Time of Pickup

__Washington DC__
Transport to:

__Special Agent Smith__
Federal Officer/Agency Responsible

__202-713-0071__
Phone Number

_____
Email (if available)

__S/TPR BRBL__
Signature of Requestor

__Brennan__
Printed Name/Title/Agency of Requestor

COMMISSIONER: ADVISE THE DEFENDANT/ARRESTEE:
1. THEY HAVE THE RIGHT TO REMAIN SILENT
2. THAT ANY STATEMENT MADE CAN LATER BE USED AGAINST THEM
3. THEY HAVE A RIGHT TO COUNSEL
4. IF THEY CAN NOT AFFORD ANY ATTORNEY, ONE WILL BE APPOINTED TO THEM
5. THE NATURE OF THE CHARGES AGAINST THEM
6. THEY WILL BE AFFORDED A HEARING IN FEDERAL COURT WHERE RELEASE CONDITIONS WILL BE CONSIDERED

Comments