EXHIBIT B

Robert Corley
Chief LEO for the District
of Garret County Sherrif

as a legal Citizen of Garret (Elected Official) County Currently under the watch of your Deputies, I am formally Requesting a direct meeting with you to explain a series of Issues that have and would violate my Constitutional (Organic-1774) rights. I met with the Comissioner Before arriving at your facilities.

He did not know the procedures in this case, as witnessed, and failed to inform to me that he was "mis-stating it overtly" Considering the meeting as a bond Hearing. I was also not informed that I was allowed to have a attorney present at said hearing. Since I was brought here.

Also there are extenuating Circumstances that certify my Condition as a once in a life time historical event that if exercised could place me in a situation that will violate my constitutional rights and protections.

If you release me to federal agents at this moment, you could place me as a political prisoner in a foreign land.

Urgent ATTN:

President Trump

DDE PI

Robert Corley - Elected sherriff of Garrett County and the Cheif LEO of the same.

I am currently under the watch of your deputy's. As a legal citizen of Garrett County I am formally requesting a meeting with you to explain a series of issues relating to my case that have and will violate my organic Constitutional Rights.

I was with the commissioner prior to arriving at your facilities.

The Commissioner did not know the procedures in my case and was witnessed by two state troopers.

I was not informed that he considered it a bond hearing. Nor was I informed that I could have an attorney present for the meeting to consider bond.

In addition I have extenuating circumstances that require Immediate attention regarding restitution

DDE
P 2

My circumstances that relate to historical events currently in play that if exercised would violate my constitutional rights and protections.

If you release me to federal agents at this time, I could be placed in a situation of being a political prisoner in a foreign land.

I formally request a meeting to discuss these issues and current status of Washington DC.

Respectfully yours,

Daniel Egtvedt (Egy-Vet)

Thank You