**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **DANIEL D. EGTVEDT**, <br><br> Defendant. | Case No. 21-cr-177 (CRC) |

**ORDER**

Upon the petition of the government to disclose grand jury matters in discovery, and upon the motion of the government to disclose sealed materials in discovery, it is hereby **ORDERED** that:

(1) Pursuant to rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure, the government's petition is GRANTED, and it is authorized to disclose grand jury matters to the extent necessary to comply with its discovery obligations; and

(2) The government's motion to disclose sealed matters, to the extent necessary to comply with its discovery obligations, is also GRANTED.

It is further **ORDERED** that nothing in this Order shall be considered as modifying the Protective Order Governing Discovery issued by this Court on March 17, 2021 (ECF no. 15).

**SO ORDERED**.

                                                                                 CHRISTOPHER R. COOPER
                                                                                 United States District Judge

Date:    April 14, 2022