IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-177 (CRC) |
| | ) | |
| | ) | |
| DANIEL D. EGTVEDT, defendant. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS**

COMES NOW Kira Anne West, counsel for Mr. Daniel D. Egtvedt in the above captioned case, and asks this Honorable Court for a 4 day extension until April 22, 2022 to file her reply to the government opposition to her motion to suppress evidence and in support states the following:

As this Court knows, Mr. Egtvedt is charged with numerous counts, both misdemeanors and felonies, in the January 6, 2021, riot at the Capitol. This Court entered a pre-trial order, ECF #46, which lays out deadlines for filing, among other things. Replies to the government's opposition to the defendant's motion to suppress evidence filed March 28, 2022, are due April 18, 2022.

Undersigned counsel just filed a 48 page brief in the D.C. Circuit in *United States v. Cano Flores,* 21-3002, today. She has a motion to dismiss case due in *United States v. Hamilton, et. al*, on Monday, April 18 in 20-245 (RBW). These cases have consumed undersigned counsel since her filing of the motion to suppress in this case on March 28, 2022. Therefore, she respectfully asks this Court for an extension until April 22, 2022 to file the reply. Undersigned counsel has contacted the United States Attorney's Office AUSA's. Mr. Liebman has no

opposition to a four day extension.

          Respectfully submitted,

          KIRA ANNE WEST

By:      /s/
      Kira Anne West
      DC Bar No. 993523
      712 H Street N.E., Unit 509
      Washington, D.C. 20002
      Phone: 202-236-2042
      kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I hereby certify on the 15th day of April, 2022 a copy of same was delivered to the parties of record, by email, pursuant to the Covid standing order and the rules of the Clerk of Court.

      /S/
      Kira Anne West