IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-CR-177 (CRC) |
| | : | |
| | : | |
| DANIEL D. EGTVEDT | : | |

**DEFENDANTS' RULE 16(B)(1)(C) NOTICE**

Daniel Egtvedt, by and through undersigned counsel, and pursuant to the scheduling order in this case, notices his intent under Federal Rule of Criminal Procedure 16(b)(1)(C) to introduce expert testimony at trial.

Mr. Egtvedt may call as a witness at trial one of his medical doctors or a similarly suitably qualified expert. Undersigned counsel is working on which of Mr. Egtvedt's doctors will be available for testimony in the upcoming trial. Dr. Shitiz Sriwastava, a Neurologist, may testify regarding Mr. Egtvedt's concussion. His testimony may cover the cause of Mr. Egtvedt's concussion, how it was diagnosed, treatment, and the effects of a concussion. Dr. Sriwastava's curriculum vitae will be forwarded to the government when undersigned counsel receives it, along with medical records. Those will be filed under seal with the Court's permission.

                                                Respectfully submitted,

                                                KIRA ANNE WEST

By:        /s/
       Kira Anne West
       DC Bar No. 993523

1

712 H Street N.E., Unit 509<br>
Washington, D.C. 20002<br>
Phone: 202-236-2042<br>
kiraannewest@gmail.com<br>
Attorney for Mr. Daniel Egtvedt

**CERTIFICATE OF SERVICE**

I hereby certify on the 25th day of April, 2022, a copy of same was delivered to the parties of record, by email pursuant to the Covid standing order and the rules of the Clerk of Court.

/S/

Kira Anne West