IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-CR-177 (CRC) |
| | : | |
| | : | |
| DANIEL D. EGTVEDT | : | |

NOTICE OF APPEARANCE

Comes now Nicole Cubbage and enters her appearance as co-counsel for defendant Daniel Egtvedt in the above captioned case.

Respectfully submitted,

NICOLE CUBBAGE

By: _____/s/_____
Nicole Cubbage
DC Bar No. 999203
712 H Street N.E., Unit 570
Washington, D.C. 20002
Phone: 703-209-4546
Cubbagelaw@gmail.com
Attorney for Mr. Daniel Egtvedt

CERTIFICATE OF SERVICE

I hereby certify on the 26th day of April, 2022, a copy of same was delivered to the parties of record, by email pursuant to the Covid standing order and the rules of the Clerk of Court.

_____/S/_____

Kira Anne West

1