```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

**UNITED STATES OF AMERICA**         :
                                     :
      **v.**              :     1:21-cr-00177-CRC
                                     :
                                     :
**DANIEL D. EGTVEDT,**               :
                                     :
   **Defendant.**                :

**GOVERNMENT'S NOTICE OF INTENT TO OFFER CERTIFIED DOMESTIC
RECORDS OF REGULARLY CONDUCTED ACTIVITY**

The United States of America, by and through the United States Attorney for the District of Columbia, hereby provides notice to defendant Daniel D. Egtvedt, pursuant to rule 902(6) of the Federal Rules of Criminal Procedure, of its intent to offer into evidence at trial certified domestic records of regularly conducted activity.

Specifically, the government intends to offer into evidence records of the regularly conducted activity of Safeway, Inc., along with a certification from Safeway, Inc.  The records and the certification, which were previously disclosed to the defense, meet the requirements of rule 803(6)(A) – (C) of the Federal Rules of Evidence, governing the hearsay exception for records of regularly conducted activity.

The records will be offered as proof of Count Three of the Superseding Indictment.  In that count, the defendant is charged with interfering with law enforcement officers during a civil

disorder, which civil disorder adversely affected commerce, the movement of an article in commerce, or a federal function.  The records will be offered into evidence to prove that the civil disorder, during which the defendant interfered with law enforcement officers, affected commerce and the movement of articles in commerce.

    Copies of the records are attached to this Notice.

        Respectfully submitted

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY

  by:   /s/ *Michael C. Liebman*
       Michael C. Liebman
       Assistant United States Attorney
       D.C. Bar No. 479562
       601 D Street, N.W., room 4-1501
       Washington, D.C.  20530
       (202) 252-7243
       michael.liebman@usdoj.gov