# ATTACHMENT



**From:** ▓▓▓▓ <▓▓▓▓@albertsons.com>
**Sent:** Wednesday, January 6, 2021 3:43 PM
**To:** Store 1276 c90 - Store Manager <▓▓▓▓>; Store 2808 c90 - Store Manager <▓▓▓▓>; Store 2912 c90 - Store Manager <▓▓▓▓ Store 4202 c90 - Store Manager <▓▓▓▓>; Store 4832 c90 - Store Manager <▓▓▓▓>; Store 4270 c90 - Store Manager <▓▓▓▓>; Store 3217 c90 - Store Manager <▓▓▓▓>; Store 2892 c90 - Store Manager <▓▓▓▓>; Store 2737 c90 - Store Manager <▓▓▓▓>; Store 1445 c90 - Store Manager <▓▓▓▓>; Store 1177 c90 - Store Manager <▓▓▓▓>; Store 0923 c90 - Store Manager <▓▓▓▓>
**Cc:** ▓▓▓▓
**Subject:** Washington DC Curfew, Tonight 1.6.21 6:00PM - 6:00AM - Capitol Locked Down

**There is in place a 6:00PM – 6:00AM City Wide Curfew throughout Washington DC tonight, Wednesday, 1.6.21.**
**All "DC" stores will close at 4:00PM with plans to reopen @ 6:00AM- 7:00AM**
**Night Crews will not be in place.**

**Please review and utilize the execution points detailed below to ensure:**
- **#1 – Our people are safe**
- **#2 – Our people are safe**
- **#3 – Our stores are secured**
- **#4 – All cash and cash-like items are secured (SCO Cash and Change Towers in the Safe)**
- **#5 – The exterior of our stores are cleaned up as detailed below**

*We wanted to send a cheat sheet outlining the steps to consider and take as the decision to close early is made.*
*If you are not able to execute all of these items because of time constraints… It's OK… Do what you can, Stay Safe.*

## SAFTY OF OUR PEOPLE WILL ALWAYS COME FIRST!!!

# Total Non-Fuel

**SAFEWAY**

| TUESDAY 1/5/21 | SALES TO PUBLIC | | | | | |
|---|---|---|---|---|---|---|
| | Actual Total $ | Actual ID*% | Projected Total $ | Projected ID% | $ vs Projected | ID% vs Projected |
| #1276 Piney Branch | | 17.75% | | 14.95% | | 2.80% |
| #2808 Petworth | | 8.21% | | 5.00% | | 3.21% |
| #2912 Georgetown | | -10.04% | | -3.01% | | -7.04% |
| #4202 Columbia Road | | 4.37% | | 1.29% | | 3.08% |
| #4832 Connecticut Ave | | -17.38% | | -1.05% | | -16.33% |
| #0923 Corcoran Street | | -17.27% | | -1.60% | | -15.67% |
| #1177 East Riverside | | -13.94% | | -10.07% | | -3.87% |
| #1445 Alabama Ave | | 9.12% | | -15.08% | | 24.20% |
| #2737 City Vista | | -6.64% | | -5.98% | | -0.66% |
| #2892 Waterfront | | -20.77% | | -24.23% | | 3.46% |
| #3217 Capitol Hill | | #DIV/0! | | #DIV/0! | | #DIV/0! |
| #4270 Hechinger Mall | | -1.28% | | -4.20% | | 2.92% |

*ID = identical same store sales, same day 52 weeks apart

# Total Non-Fuel

**SAFEWAY**

| **WEDNESDAY 1/6/21** | SALES TO PUBLIC | | | | | |
|---|---|---|---|---|---|---|
| | Actual Total $ | Actual ID*% | Projected Total $ | Projected ID% | $ vs Projected | ID% vs Projected |
| #1276 Piney Branch | | -13.81% | | 14.45% | | -28.26% |
| #2808 Petworth | | -31.56% | | -3.62% | | -27.94% |
| #2912 Georgetown | | -46.98% | | -10.98% | | -36.00% |
| #4202 Columbia Road | | -25.38% | | 2.02% | | -27.41% |
| #4832 Connecticut Ave | | -31.96% | | 5.96% | | -37.92% |
| #0923 Corcoran Street | | -56.39% | | -8.84% | | -47.55% |
| #1177 East Riverside | | -39.09% | | -13.90% | | -25.19% |
| #1445 Alabama Ave | | -30.10% | | -8.84% | | -21.26% |
| #2737 City Vista | | -52.00% | | -16.39% | | -35.61% |
| #2892 Waterfront | | -49.30% | | -24.16% | | -25.14% |
| #3217 Capitol Hill | | #DIV/0! | | #DIV/0! | | #DIV/0! |
| #4270 Hechinger Mall | | -30.10% | | -11.30% | | -18.80% |

*ID = identical same store sales, same day 52 weeks apart

## Total Non-Fuel — SAFEWAY

| THURSDAY 1/7/21 | SALES TO PUBLIC | | | | | |
|---|---|---|---|---|---|---|
| | Actual Total $ | Actual ID*% | Projected Total $ | Projected ID% | $ vs Projected | ID% vs Projected |
| #1276 Piney Branch | | 42.89% | | 23.43% | | 19.46% |
| #2808 Petworth | | 17.93% | | 10.04% | | 7.89% |
| #2912 Georgetown | | 13.16% | | 8.15% | | 5.02% |
| #4202 Columbia Road | | 12.59% | | -6.49% | | 19.08% |
| #4832 Connecticut Ave | | -3.43% | | -4.82% | | 1.39% |
| #0923 Corcoran Street | | 4.27% | | 2.31% | | 1.96% |
| #1177 East Riverside | | 27.17% | | 3.53% | | 23.64% |
| #1445 Alabama Ave | | 21.50% | | 4.44% | | 17.07% |
| #2737 City Vista | | -9.74% | | -15.39% | | 5.65% |
| #2892 Waterfront | | -3.47% | | -25.32% | | 21.84% |
| #3217 Capitol Hill | | #DIV/0! | | #DIV/0! | | #DIV/0! |
| #4270 Hechinger Mall | | 29.55% | | 0.87% | | 28.67% |

*ID = identical same store sales, same day 52 weeks apart

Warehouse Shipments  
Lancaster, PA to Washington D.C. Stores  
For January 3 thru 9, 2021  
Cost (excluding freight) and Retail value

| Distribution Center | D.C. Store # | Invoice Date | CASE_SHIP | IB COST | LBS | CUBE | Row Labels | Sum of IBCOST | Retail Value | Retail Factor | Legend |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WLAN - PA | 923 | 1/3/2021 | (1) | (57.85) | -9.46 | -0.58 | **923** | **113,040.63** | **214,442.40** | | Legend |
| WLAN - PA | 923 | 1/4/2021 | 242 | 4299.431 | 3191.44 | 94.37 | 5501 | 40,023.04 | 66,263.31 | 60% | 5501 Grocery |
| WLAN - PA | 923 | 1/4/2021 | 6 | 254.57 | 63 | 7.19 | 5511 | 13,811.64 | 24,984.88 | 55% | 5510 Seasonal |
| WLAN - PA | 923 | 1/4/2021 | 360 | 7,478.08 | 5997.83 | 369.34 | 5523 | 16,297.83 | 27,679.74 | 59% | 5511 GMHBC |
| WLAN - PA | 923 | 1/4/2021 | 170 | 7,066.39 | 2797.08 | 118.59 | 5528 | 780.24 | 1,407.61 | 55% | 5523 Perishable (Dairy) |
| WLAN - PA | 923 | 1/5/2021 | 779 | 16047.8 | 12755.06 | 556.5 | 5529 | 23,844.88 | 52,835.98 | 45% | 5528 Floral |
| WLAN - PA | 923 | 1/5/2021 | 373 | 6,269.12 | 1227.49 | 73.16 | 5533 | 18,283.00 | 41,270.88 | 44% | 5529 Produce |
| WLAN - PA | 923 | 1/5/2021 | 324 | 6415.081 | 4178.96 | 126.88 | **1177** | **189,702.21** | **344,759.35** | | 5533 Meat |
| WLAN - PA | 923 | 1/5/2021 | 2 | 113.10 | 33 | 6.13 | 5501 | 96,209.88 | 152,811.12 | 63% | |
| WLAN - PA | 923 | 1/5/2021 | 504 | 9,325.81 | 6971.19 | 437.71 | 5510 | 37.44 | 62.58 | 60% | |
| WLAN - PA | 923 | 1/5/2021 | 173 | 6,633.22 | 2434.9 | 117.23 | 5511 | 14,493.63 | 24,224.69 | 60% | |
| WLAN - PA | 923 | 1/6/2021 | 2 | 148.64 | 104.68 | 4.18 | 5523 | 18,276.99 | 38,837.63 | 47% | |
| WLAN - PA | 923 | 1/7/2021 | 678 | 13196.543 | 12761.51 | 516.96 | 5528 | 947.92 | 1,759.97 | 54% | |
| WLAN - PA | 923 | 1/7/2021 | 261 | 4,670.78 | 2987.03 | 231.22 | 5529 | 23,593.29 | 49,286.17 | 48% | |
| WLAN - PA | 923 | 1/8/2021 | 278 | 5583.321 | 3569.38 | 108.87 | 5533 | 36,143.06 | 77,777.19 | 46% | |
| WLAN - PA | 923 | 1/8/2021 | 12 | 412.56 | 139.8 | 15.57 | **1276** | **289,651.58** | **549,164.58** | | |
| WLAN - PA | 923 | 1/8/2021 | 88 | 2,370.22 | 3459.35 | 148.36 | 5501 | 103,198.62 | 165,091.38 | 63% | |
| WLAN - PA | 923 | 1/8/2021 | 127 | 4,492.60 | 1818.89 | 90.86 | 5510 | 37.44 | 67.35 | 56% | |
| WLAN - PA | 923 | 1/9/2021 | 521 | 10778.699 | 10333.24 | 424.28 | 5511 | 25,864.23 | 46,526.76 | 56% | |
| WLAN - PA | 923 | 1/9/2021 | 481 | 7,542.52 | 1118.75 | 65.63 | 5523 | 44,781.46 | 75,453.18 | 59% | |
| WLAN - PA | 1177 | 1/3/2021 | (1) | (0.01) | -10 | -0.33 | 5528 | 3,690.23 | 7,038.40 | 52% | |
| WLAN - PA | 1177 | 1/4/2021 | 344 | 7014.112 | 5909.44 | 161.68 | 5529 | 51,006.51 | 114,492.72 | 45% | |
| WLAN - PA | 1177 | 1/4/2021 | 5 | 254.23 | 77 | 9.26 | 5533 | 61,073.08 | 140,494.78 | 43% | |
| WLAN - PA | 1177 | 1/4/2021 | 414 | 7,692.73 | 7785.62 | 454.2 | **1445** | **232,271.35** | **427,819.89** | | |
| WLAN - PA | 1177 | 1/4/2021 | 235 | 10342.619 | 5210.65 | 220.7 | 5501 | 97,410.27 | 154,178.97 | 63% | |
| WLAN - PA | 1177 | 1/5/2021 | 2,082 | 40502.842 | 54444.04 | 2051.73 | 5510 | 37.44 | 64.74 | 58% | |
| WLAN - PA | 1177 | 1/5/2021 | 449 | 8,963.93 | 2741.12 | 212.91 | 5511 | 18,261.62 | 31,578.11 | 58% | |
| WLAN - PA | 1177 | 1/5/2021 | 4 | 430.05 | 258.25 | 68.57 | 5523 | 26,496.33 | 46,738.98 | 57% | |
| WLAN - PA | 1177 | 1/5/2021 | (1) | (30.09) | -43 | -2.11 | 5528 | 1,634.26 | 3,053.54 | 54% | |
| WLAN - PA | 1177 | 1/5/2021 | 450 | 8,559.55 | 7953.01 | 457.75 | 5529 | 23,913.39 | 50,407.66 | 47% | |
| WLAN - PA | 1177 | 1/6/2021 | 263 | 5495.747 | 4608.65 | 125.73 | 5533 | 64,518.04 | 141,797.89 | 46% | |
| WLAN - PA | 1177 | 1/6/2021 | 309 | 11680.381 | 4906.87 | 221.27 | **2737** | **214,035.18** | **408,665.98** | | |
| WLAN - PA | 1177 | 1/6/2021 | 1 | 74.322 | 52.34 | 2.09 | 5501 | 68,172.66 | 110,062.42 | 62% | |
| WLAN - PA | 1177 | 1/7/2021 | 1,403 | 25726.174 | 39872.71 | 1360.23 | 5510 | 74.88 | 134.68 | 56% | |
| WLAN - PA | 1177 | 1/8/2021 | 276 | 5767.131 | 4829.38 | 133.79 | 5511 | 22,783.45 | 40,977.44 | 56% | |
| WLAN - PA | 1177 | 1/8/2021 | 6 | 263.64 | 75.8 | 13.36 | 5523 | 28,503.85 | 49,306.09 | 58% | |
| WLAN - PA | 1177 | 1/8/2021 | 380 | 7,371.10 | 7619.89 | 414.23 | 5528 | 2,909.02 | 5,835.54 | 50% | |
| WLAN - PA | 1177 | 1/8/2021 | 320 | 14045.738 | 6460.69 | 317.28 | 5529 | 49,270.79 | 107,884.37 | 46% | |
| WLAN - PA | 1177 | 1/9/2021 | 1,273 | 29980.867 | 42382.57 | 1510.98 | 5533 | 42,320.53 | 94,465.46 | 45% | |
| WLAN - PA | 1177 | 1/9/2021 | 1 | 37.44 | 5.05 | 0 | **2808** | **283,481.61** | **539,789.33** | | |
| WLAN - PA | 1177 | 1/9/2021 | 291 | 5,529.70 | 1221.46 | 73.11 | 5501 | 92,854.14 | 149,091.42 | 62% | |
| WLAN - PA | 1276 | 1/3/2021 | (1) | -3.47 | -27.85 | -0.83 | 5511 | 32,794.40 | 61,252.14 | 54% | |
| WLAN - PA | 1276 | 1/3/2021 | 1,274 | 25620.709 | 23039.33 | 838.7 | 5523 | 34,371.48 | 58,915.80 | 58% | |
| WLAN - PA | 1276 | 1/3/2021 | 234 | 4534.891 | 3363.7 | 98.82 | 5528 | 3,881.08 | 7,620.43 | 51% | |
| WLAN - PA | 1276 | 1/3/2021 | 28 | 1339.668 | 387 | 41.78 | 5529 | 62,709.79 | 136,473.98 | 46% | |

Warehouse Shipments
Lancaster, PA to Washington D.C. Stores
For January 3 thru 9, 2021
Cost (excluding freight) and Retail value

| Location | Store | Date | Qty | Cost | Retail | Freight | Dept | Cost Total | Retail Total | % |
|---|---|---|---|---|---|---|---|---|---|---|
| WLAN - PA | 1276 | 1/3/2021 | 721 | 14,788.65 | 14320.82 | 797.31 | 5533 | 56,870.72 | 126,435.56 | 45% |
| WLAN - PA | 1276 | 1/3/2021 | 384 | 15678.808 | 7151.6 | 323.7 | **2892** | **211,238.18** | **403,433.33** | |
| WLAN - PA | 1276 | 1/4/2021 | 426 | 8562.569 | 7139.96 | 197.74 | 5501 | 66,503.49 | 107,142.72 | 62% |
| WLAN - PA | 1276 | 1/4/2021 | 11 | 842.467 | 384 | 93.99 | 5510 | 52.20 | 96.47 | 54% |
| WLAN - PA | 1276 | 1/4/2021 | 348 | 8,057.15 | 7293.8 | 392.9 | 5511 | 20,374.97 | 37,654.72 | 54% |
| WLAN - PA | 1276 | 1/4/2021 | 241 | 9145.069 | 3466.38 | 146.06 | 5523 | 30,306.65 | 52,506.33 | 58% |
| WLAN - PA | 1276 | 1/5/2021 | 1,174 | 21121.862 | 18747.36 | 810.78 | 5528 | 2,235.72 | 4,212.78 | 53% |
| WLAN - PA | 1276 | 1/5/2021 | (4) | -139.2 | -52.4 | -2.52 | 5529 | 39,096.88 | 84,753.70 | 46% |
| WLAN - PA | 1276 | 1/5/2021 | 769 | 13426.237 | 13923.55 | 368.73 | 5533 | 52,668.27 | 117,066.61 | 45% |
| WLAN - PA | 1276 | 1/5/2021 | 1 | 27 | 15 | 1.06 | **2912** | **398,402.25** | **766,152.51** | |
| WLAN - PA | 1276 | 1/5/2021 | 462 | 11,446.56 | 12413.3 | 622.32 | 5501 | 139,963.13 | 224,623.86 | 62% |
| WLAN - PA | 1276 | 1/6/2021 | 730 | 17441.89 | 33700.48 | 1143.99 | 5510 | 37.44 | 68.10 | 55% |
| WLAN - PA | 1276 | 1/6/2021 | 925 | 17,726.45 | 3775.66 | 219.35 | 5511 | 44,746.45 | 81,386.77 | 55% |
| WLAN - PA | 1276 | 1/6/2021 | 279 | 3,948.47 | 1638.51 | 192 | 5523 | 50,340.64 | 86,377.20 | 58% |
| WLAN - PA | 1276 | 1/6/2021 | 290 | 14459.05 | 5698.92 | 269.58 | 5528 | 5,606.61 | 10,976.14 | 51% |
| WLAN - PA | 1276 | 1/6/2021 | 4 | 277.365 | 195.62 | 8.77 | 5529 | 91,317.52 | 217,889.57 | 42% |
| WLAN - PA | 1276 | 1/7/2021 | 318 | 7567.78 | 3290.55 | 113.07 | 5533 | 66,390.47 | 144,830.87 | 46% |
| WLAN - PA | 1276 | 1/7/2021 | (2) | -170.64 | -12 | -1.86 | **3217** | **366,963.85** | **708,732.53** | |
| WLAN - PA | 1276 | 1/7/2021 | 41 | 1651.739 | 503.3 | 55.87 | 5501 | 133,965.96 | 216,843.57 | 62% |
| WLAN - PA | 1276 | 1/7/2021 | 281 | 5,447.86 | 4955.52 | 295.32 | 5510 | 115.38 | 209.90 | 55% |
| WLAN - PA | 1276 | 1/8/2021 | 1,253 | 26888.858 | 22012.34 | 939.16 | 5511 | 28,671.71 | 52,158.82 | 55% |
| WLAN - PA | 1276 | 1/8/2021 | (1) | (38.21) | -25 | -1 | 5523 | 42,279.54 | 72,408.87 | 58% |
| WLAN - PA | 1276 | 1/8/2021 | 267 | 10,747.10 | 4399.98 | 215.38 | 5528 | 3,197.26 | 6,239.77 | 51% |
| WLAN - PA | 1276 | 1/9/2021 | 6 | 1418.406 | 48 | 81.84 | 5529 | 74,557.99 | 169,257.63 | 44% |
| WLAN - PA | 1276 | 1/9/2021 | 551 | 10710.367 | 25414.86 | 802.23 | 5533 | 84,176.01 | 191,613.96 | 44% |
| WLAN - PA | 1276 | 1/9/2021 | 1 | 37.44 | 5.05 | 0 | **4202** | **119,662.64** | **231,391.21** | |
| WLAN - PA | 1276 | 1/9/2021 | 466 | 8,137.77 | 1783.47 | 146.5 | 5501 | 37,525.42 | 61,739.76 | 61% |
| WLAN - PA | 1276 | 1/9/2021 | 574 | 10829.187 | 12385.84 | 324.6 | 5510 | 37.44 | 67.62 | 55% |
| WLAN - PA | 1276 | 1/9/2021 | 405 | 7,356.03 | 6831.44 | 403.11 | 5511 | 20,173.78 | 36,434.50 | 55% |
| WLAN - PA | 1276 | 1/9/2021 | 246 | 10,765.69 | 3840.51 | 168.78 | 5523 | 12,672.94 | 21,952.08 | 58% |
| WLAN - PA | 1445 | 1/3/2021 | 1,125 | 21,913.13 | 28933.55 | 1096.84 | 5528 | 1,622.21 | 3,136.52 | 52% |
| WLAN - PA | 1445 | 1/3/2021 | 509 | 8903.943 | 10205.02 | 267.78 | 5529 | 23,551.13 | 51,053.83 | 46% |
| WLAN - PA | 1445 | 1/3/2021 | 11 | 509.21 | 165 | 15.97 | 5533 | 24,079.72 | 57,006.91 | 42% |
| WLAN - PA | 1445 | 1/3/2021 | 196 | 3518.704 | 3463.43 | 204.49 | **4270** | **205,043.70** | **370,283.99** | |
| WLAN - PA | 1445 | 1/3/2021 | 129 | 7097.11 | 3014.64 | 143.34 | 5501 | 98,201.84 | 155,702.93 | 63% |
| WLAN - PA | 1445 | 1/4/2021 | (1) | -11.26 | -9 | -0.3 | 5510 | 210.96 | 368.04 | 57% |
| WLAN - PA | 1445 | 1/4/2021 | 5 | 438.60 | 290.25 | 70.48 | 5511 | 19,603.79 | 34,200.61 | 57% |
| WLAN - PA | 1445 | 1/4/2021 | 236 | 4196.821 | 3780.33 | 227.65 | 5523 | 23,373.30 | 40,417.26 | 58% |
| WLAN - PA | 1445 | 1/4/2021 | 300 | 12231.026 | 6573.63 | 263.38 | 5528 | 886.72 | 1,653.71 | 54% |
| WLAN - PA | 1445 | 1/5/2021 | 1,286 | 25,848.93 | 26736.23 | 1140.7 | 5529 | 17,681.78 | 38,173.10 | 46% |
| WLAN - PA | 1445 | 1/5/2021 | 741 | 12,656.74 | 3129.94 | 187.85 | 5533 | 45,085.32 | 99,768.34 | 45% |
| WLAN - PA | 1445 | 1/5/2021 | 277 | 5033.557 | 5216.29 | 141.38 | **4832** | **169,434.62** | **317,096.88** | |
| WLAN - PA | 1445 | 1/6/2021 | (3) | -35.044 | -51.55 | -1.36 | 5501 | 71,002.59 | 115,151.78 | 62% |
| WLAN - PA | 1445 | 1/6/2021 | 15 | 686.45 | 190.3 | 19.1 | 5510 | 37.44 | 67.28 | 56% |
| WLAN - PA | 1445 | 1/6/2021 | 373 | 7705.739 | 7070.99 | 385.57 | 5511 | 16,974.35 | 30,501.97 | 56% |
| WLAN - PA | 1445 | 1/6/2021 | 395 | 19,013.78 | 9095.19 | 402.07 | 5523 | 20,371.19 | 35,262.57 | 58% |
| WLAN - PA | 1445 | 1/7/2021 | 1,098 | 19,846.34 | 22268.76 | 909.97 | 5528 | 2,390.02 | 4,573.32 | 52% |

Warehouse Shipments
Lancaster, PA to Washington D.C. Stores
For January 3 thru 9, 2021
Cost (excluding freight) and Retail value

| Location | Store | Date | Qty | Cost | Retail | Other | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| WLAN - PA | 1445 | 1/7/2021 | 254 | 4769.214 | 4503.64 | 126.21 | 5529 | 34,165.28 | 76,261.78 | 45% |
| WLAN - PA | 1445 | 1/7/2021 | (1) | -28 | -38.25 | -1.17 | 5533 | 24,493.76 | 55,278.18 | 44% |
| WLAN - PA | 1445 | 1/7/2021 | (3) | (228.31) | -87.81 | -4.29 | (blank) | | | |
| WLAN - PA | 1445 | 1/8/2021 | 650 | 11,388.40 | 15309.66 | 630.02 | Grand Total | 2,792,927.78 | 5,281,731.99 | |
| WLAN - PA | 1445 | 1/8/2021 | 1 | 37.44 | 5.05 | 0 | | | | |
| WLAN - PA | 1445 | 1/8/2021 | 498 | 5,604.88 | 1584.51 | 168.6 | | | | |
| WLAN - PA | 1445 | 1/8/2021 | 205 | 3505.537 | 5099.84 | 128.34 | | | | |
| WLAN - PA | 1445 | 1/8/2021 | 205 | 3426.236 | 2995.18 | 233.1 | | | | |
| WLAN - PA | 1445 | 1/8/2021 | 305 | 13,988.52 | 4971.16 | 232.86 | | | | |
| WLAN - PA | 1445 | 1/9/2021 | 963 | 18,413.49 | 24268.39 | 840.46 | | | | |
| WLAN - PA | 1445 | 1/9/2021 | 267 | 4,353.68 | 5146.12 | 136.16 | | | | |
| WLAN - PA | 1445 | 1/9/2021 | (1) | (23.30) | -40.15 | -1.03 | | | | |
| WLAN - PA | 1445 | 1/9/2021 | 261 | 5093.892 | 5228.79 | 294.26 | | | | |
| WLAN - PA | 1445 | 1/9/2021 | 304 | 12,415.91 | 5196.57 | 241.56 | | | | |
| WLAN - PA | 2737 | 1/3/2021 | (1) | -39.223 | -6.43 | -0.34 | | | | |
| WLAN - PA | 2737 | 1/4/2021 | 1,083 | 22,438.22 | 21771.48 | 997.01 | | | | |
| WLAN - PA | 2737 | 1/4/2021 | (1) | -25.54 | -0.3 | -0.09 | | | | |
| WLAN - PA | 2737 | 1/4/2021 | 222 | 4829.589 | 634.94 | 48.33 | | | | |
| WLAN - PA | 2737 | 1/4/2021 | 228 | 4,129.26 | 3154.09 | 91.07 | | | | |
| WLAN - PA | 2737 | 1/4/2021 | 19 | 913.97 | 249 | 29.49 | | | | |
| WLAN - PA | 2737 | 1/4/2021 | 535 | 9427.524 | 7406.03 | 471.91 | | | | |
| WLAN - PA | 2737 | 1/4/2021 | (1) | -36.491 | -13 | -1.01 | | | | |
| WLAN - PA | 2737 | 1/4/2021 | 263 | 9707.059 | 3563.9 | 165.74 | | | | |
| WLAN - PA | 2737 | 1/5/2021 | (1) | (31.20) | -7.7 | -0.59 | | | | |
| WLAN - PA | 2737 | 1/5/2021 | 339 | 6,141.59 | 5979.31 | 299.03 | | | | |
| WLAN - PA | 2737 | 1/5/2021 | 153 | 2,929.40 | 1885.27 | 60.32 | | | | |
| WLAN - PA | 2737 | 1/5/2021 | 8 | 694.75 | 316.25 | 87.35 | | | | |
| WLAN - PA | 2737 | 1/5/2021 | 400 | 7479.443 | 5840.33 | 384.59 | | | | |
| WLAN - PA | 2737 | 1/5/2021 | 146 | 6001.866 | 2583.73 | 116.07 | | | | |
| WLAN - PA | 2737 | 1/6/2021 | 765 | 16,954.08 | 14953.85 | 826.74 | | | | |
| WLAN - PA | 2737 | 1/6/2021 | 540 | 10125.511 | 2580.83 | 155.28 | | | | |
| WLAN - PA | 2737 | 1/6/2021 | 527 | 9,446.88 | 7180.36 | 219.99 | | | | |
| WLAN - PA | 2737 | 1/6/2021 | 1 | 27 | 15 | 1.06 | | | | |
| WLAN - PA | 2737 | 1/6/2021 | 626 | 12696.005 | 10033.27 | 609.64 | | | | |
| WLAN - PA | 2737 | 1/6/2021 | 262 | 12171.304 | 4709.08 | 221.02 | | | | |
| WLAN - PA | 2737 | 1/6/2021 | 4 | 277.37 | 195.62 | 8.77 | | | | |
| WLAN - PA | 2737 | 1/7/2021 | (1) | -28.047 | -52 | -1.56 | | | | |
| WLAN - PA | 2737 | 1/8/2021 | 282 | 6,555.94 | 4042.6 | 204.43 | | | | |
| WLAN - PA | 2737 | 1/8/2021 | 240 | 5536.524 | 2597.41 | 81.71 | | | | |
| WLAN - PA | 2737 | 1/8/2021 | 36 | 1273.297 | 364.3 | 50.97 | | | | |
| WLAN - PA | 2737 | 1/8/2021 | 547 | 10441.611 | 8082.97 | 493.13 | | | | |
| WLAN - PA | 2737 | 1/8/2021 | 153 | 5,025.81 | 2032.11 | 95.65 | | | | |
| WLAN - PA | 2737 | 1/9/2021 | 6 | 1,418.41 | 48 | 81.84 | | | | |
| WLAN - PA | 2737 | 1/9/2021 | 833 | 14,695.63 | 13704.8 | 494.29 | | | | |
| WLAN - PA | 2737 | 1/9/2021 | 2 | 74.88 | 10.1 | 0 | | | | |
| WLAN - PA | 2737 | 1/9/2021 | (2) | -23.88 | -3.72 | -0.34 | | | | |
| WLAN - PA | 2737 | 1/9/2021 | 427 | 7877.774 | 2892.73 | 121.06 | | | | |

Warehouse Shipments                                   For January 3 thru 9, 2021                         Cost (excluding freight) and Retail value

Lancaster, PA to Washington D.C. Stores

| | | | | | |
|---|---|---|---|---|---|
| WLAN - PA | 2737 | 1/9/2021 | 340 | 6461.786 | 5983.15 | 165.43 |
| WLAN - PA | 2737 | 1/9/2021 | 547 | 9290.746 | 7587.29 | 488.08 |
| WLAN - PA | 2737 | 1/9/2021 | 208 | 9,176.35 | 4010.25 | 174.49 |
| WLAN - PA | 2808 | 1/3/2021 | (1) | (26.20) | -41.15 | -1.21 |
| WLAN - PA | 2808 | 1/3/2021 | (3) | -0.03 | -30 | -0.99 |
| WLAN - PA | 2808 | 1/3/2021 | (10) | (368.81) | -77.2 | -3.46 |
| WLAN - PA | 2808 | 1/4/2021 | 1,327 | 26914.185 | 28121.38 | 1122.3 |
| WLAN - PA | 2808 | 1/4/2021 | 411 | 6,765.32 | 1315.66 | 94.86 |
| WLAN - PA | 2808 | 1/4/2021 | 415 | 8,288.13 | 6556.05 | 185.58 |
| WLAN - PA | 2808 | 1/4/2021 | 28 | 1306.16 | 417 | 44.48 |
| WLAN - PA | 2808 | 1/4/2021 | 673 | 13450.394 | 11718.81 | 651.91 |
| WLAN - PA | 2808 | 1/4/2021 | 323 | 13,597.09 | 5298.49 | 230.36 |
| WLAN - PA | 2808 | 1/5/2021 | 657 | 14901.86 | 15501.07 | 760.92 |
| WLAN - PA | 2808 | 1/5/2021 | 150 | 3,118.56 | 2426.17 | 68.76 |
| WLAN - PA | 2808 | 1/5/2021 | 12 | 978.65 | 416.25 | 101.33 |
| WLAN - PA | 2808 | 1/5/2021 | 518 | 10312.909 | 8529.27 | 505.99 |
| WLAN - PA | 2808 | 1/5/2021 | 186 | 6,859.09 | 3407.33 | 139.29 |
| WLAN - PA | 2808 | 1/5/2021 | (2) | (71.52) | -31.85 | -0.65 |
| WLAN - PA | 2808 | 1/6/2021 | 672 | 14661.32 | 19917.26 | 867.85 |
| WLAN - PA | 2808 | 1/6/2021 | (5) | (83.02) | -11.05 | -0.44 |
| WLAN - PA | 2808 | 1/6/2021 | 530 | 10557.232 | 3509.17 | 186.85 |
| WLAN - PA | 2808 | 1/6/2021 | 540 | 9,834.70 | 8089.42 | 236.01 |
| WLAN - PA | 2808 | 1/6/2021 | 1 | 27 | 15 | 1.06 |
| WLAN - PA | 2808 | 1/6/2021 | 370 | 8728.367 | 7975.29 | 438.69 |
| WLAN - PA | 2808 | 1/6/2021 | 231 | 10,773.12 | 4244.77 | 179.22 |
| WLAN - PA | 2808 | 1/6/2021 | 5 | 351.687 | 247.96 | 10.86 |
| WLAN - PA | 2808 | 1/7/2021 | (1) | -25.44 | -13.71 | -0.46 |
| WLAN - PA | 2808 | 1/8/2021 | 1,072 | 21343.458 | 20788.39 | 876.32 |
| WLAN - PA | 2808 | 1/8/2021 | 232 | 4,485.98 | 4199.06 | 120.49 |
| WLAN - PA | 2808 | 1/8/2021 | (2) | -26.734 | -21.34 | -0.5 |
| WLAN - PA | 2808 | 1/8/2021 | 39 | 1569.274 | 464.3 | 52.63 |
| WLAN - PA | 2808 | 1/8/2021 | 498 | 9831.775 | 7199.14 | 431.91 |
| WLAN - PA | 2808 | 1/8/2021 | (1) | -34.5 | -30 | -2.11 |
| WLAN - PA | 2808 | 1/8/2021 | 187 | 6100.036 | 2407.34 | 97.66 |
| WLAN - PA | 2808 | 1/8/2021 | (9) | -257.762 | -99.55 | -6.96 |
| WLAN - PA | 2808 | 1/9/2021 | 6 | 1418.406 | 48 | 81.84 |
| WLAN - PA | 2808 | 1/9/2021 | 588 | 13614.909 | 14702.36 | 579.88 |
| WLAN - PA | 2808 | 1/9/2021 | (11) | -184.606 | -16.41 | -1.52 |
| WLAN - PA | 2808 | 1/9/2021 | 1,046 | 15739.47 | 2587.9 | 157.06 |
| WLAN - PA | 2808 | 1/9/2021 | 454 | 8697.05 | 8200.45 | 222.53 |
| WLAN - PA | 2808 | 1/9/2021 | 1,065 | 20446.319 | 18448.13 | 1084.6 |
| WLAN - PA | 2808 | 1/9/2021 | 464 | 19887.796 | 8610.22 | 413.89 |
| WLAN - PA | 2892 | 1/3/2021 | 549 | 10,078.81 | 8950.77 | 423.77 |
| WLAN - PA | 2892 | 1/3/2021 | 345 | 6,940.36 | 4501.6 | 132.91 |
| WLAN - PA | 2892 | 1/3/2021 | 18 | 775.506 | 242 | 26.85 |
| WLAN - PA | 2892 | 1/3/2021 | 482 | 9208.722 | 8112.44 | 450.19 |
| WLAN - PA | 2892 | 1/3/2021 | 216 | 5,670.98 | 2806.4 | 115.02 |

Warehouse Shipments — For January 3 thru 9, 2021 — Cost (excluding freight) and Retail value

Lancaster, PA to Washington D.C. Stores

| Location | Store | Date | Qty | Col5 | Col6 | Col7 |
|---|---|---|---|---|---|---|
| WLAN - PA | 2892 | 1/5/2021 | 917 | 16,469.77 | 17838.2 | 631.43 |
| WLAN - PA | 2892 | 1/5/2021 | 475 | 9,865.14 | 2556.31 | 189.82 |
| WLAN - PA | 2892 | 1/5/2021 | 334 | 6,636.82 | 4792.14 | 140.86 |
| WLAN - PA | 2892 | 1/5/2021 | 7 | 610.11 | 316.25 | 80.73 |
| WLAN - PA | 2892 | 1/5/2021 | 575 | 11230.134 | 10473.95 | 604.25 |
| WLAN - PA | 2892 | 1/5/2021 | 211 | 10,573.42 | 4445.82 | 195.68 |
| WLAN - PA | 2892 | 1/6/2021 | (1) | (11.91) | -22.4 | -0.6 |
| WLAN - PA | 2892 | 1/6/2021 | 5 | 351.69 | 247.96 | 10.86 |
| WLAN - PA | 2892 | 1/7/2021 | 844 | 18,094.52 | 17534.44 | 730.51 |
| WLAN - PA | 2892 | 1/7/2021 | 471 | 8,297.58 | 7143.78 | 204.18 |
| WLAN - PA | 2892 | 1/7/2021 | 194 | 3,575.99 | 3870.11 | 102.38 |
| WLAN - PA | 2892 | 1/7/2021 | 17 | 778.11 | 222.3 | 24.74 |
| WLAN - PA | 2892 | 1/7/2021 | 8 | 72.00 | 32 | 5.49 |
| WLAN - PA | 2892 | 1/7/2021 | 444 | 8395.715 | 6703.03 | 406.96 |
| WLAN - PA | 2892 | 1/7/2021 | 330 | 5980.926 | 5118.39 | 354.38 |
| WLAN - PA | 2892 | 1/7/2021 | 431 | 21,870.94 | 8325.98 | 375.83 |
| WLAN - PA | 2892 | 1/7/2021 | 63 | 1788.374 | 1469.04 | 52.03 |
| WLAN - PA | 2892 | 1/8/2021 | 379 | 6,627.45 | 5196.61 | 293.36 |
| WLAN - PA | 2892 | 1/9/2021 | 6 | 1,418.41 | 48 | 81.84 |
| WLAN - PA | 2892 | 1/9/2021 | 673 | 13,814.52 | 9729.6 | 437.06 |
| WLAN - PA | 2892 | 1/9/2021 | 2 | 52.2 | 8 | 0.33 |
| WLAN - PA | 2892 | 1/9/2021 | 570 | 10,509.83 | 2940.89 | 166.22 |
| WLAN - PA | 2892 | 1/9/2021 | 262 | 4867.815 | 5221.9 | 137.01 |
| WLAN - PA | 2892 | 1/9/2021 | 222 | 4281.383 | 4180.95 | 218.76 |
| WLAN - PA | 2892 | 1/9/2021 | 291 | 12412.868 | 5354.82 | 243.66 |
| WLAN - PA | 2912 | 1/3/2021 | 1,136 | 22,113.06 | 22171.83 | 900.81 |
| WLAN - PA | 2912 | 1/3/2021 | 517 | 10162.132 | 6238.35 | 202.74 |
| WLAN - PA | 2912 | 1/3/2021 | 50 | 2,014.53 | 673 | 75.08 |
| WLAN - PA | 2912 | 1/3/2021 | 1,287 | 25879.886 | 22512.14 | 1273.69 |
| WLAN - PA | 2912 | 1/3/2021 | 438 | 17311.791 | 7230.21 | 314.92 |
| WLAN - PA | 2912 | 1/4/2021 | 419 | 8378.219 | 6504.56 | 190.24 |
| WLAN - PA | 2912 | 1/4/2021 | 19 | 1,585.12 | 581.25 | 132.48 |
| WLAN - PA | 2912 | 1/4/2021 | 844 | 17329.157 | 14052.64 | 845.08 |
| WLAN - PA | 2912 | 1/4/2021 | 267 | 12044.082 | 4291.13 | 202.23 |
| WLAN - PA | 2912 | 1/5/2021 | (7) | (85.68) | -49.56 | 0 |
| WLAN - PA | 2912 | 1/5/2021 | 2,355 | 47,588.36 | 41988.47 | 1715.87 |
| WLAN - PA | 2912 | 1/5/2021 | 1,017 | 17,736.40 | 3631.31 | 220.13 |
| WLAN - PA | 2912 | 1/5/2021 | 683 | 12153.515 | 8621.92 | 262.43 |
| WLAN - PA | 2912 | 1/5/2021 | 1 | 27.00 | 15 | 1.06 |
| WLAN - PA | 2912 | 1/5/2021 | 694 | 14107.224 | 10223.28 | 693.53 |
| WLAN - PA | 2912 | 1/5/2021 | 296 | 11555.685 | 4131.64 | 202.59 |
| WLAN - PA | 2912 | 1/6/2021 | 725 | 15,913.92 | 15824.31 | 694.61 |
| WLAN - PA | 2912 | 1/6/2021 | 4 | 277.365 | 195.62 | 8.77 |
| WLAN - PA | 2912 | 1/7/2021 | 822 | 18,359.77 | 13483.69 | 592.73 |
| WLAN - PA | 2912 | 1/7/2021 | 422 | 8,977.25 | 4408.49 | 286.43 |
| WLAN - PA | 2912 | 1/7/2021 | 311 | 6053.56 | 4169.25 | 127.44 |
| WLAN - PA | 2912 | 1/7/2021 | 444 | 8304.616 | 8844.29 | 248.02 |

Warehouse Shipments  
Lancaster, PA to Washington D.C. Stores  
For January 3 thru 9, 2021  
Cost (excluding freight) and Retail value

| Warehouse | Store | Date | Qty | Col1 | Col2 | Col3 |
|---|---|---|---|---|---|---|
| WLAN - PA | 2912 | 1/7/2021 | 43 | 1,793.96 | 589.3 | 69.59 |
| WLAN - PA | 2912 | 1/7/2021 | 18 | 186.00 | 88 | 18.88 |
| WLAN - PA | 2912 | 1/7/2021 | 837 | 15731.464 | 12985.46 | 844.8 |
| WLAN - PA | 2912 | 1/7/2021 | 246 | 5010.857 | 3770.93 | 224.29 |
| WLAN - PA | 2912 | 1/7/2021 | 237 | 10343.337 | 3904.05 | 172.51 |
| WLAN - PA | 2912 | 1/7/2021 | 182 | 7478.34 | 2506.57 | 120.88 |
| WLAN - PA | 2912 | 1/8/2021 | 539 | 9,945.38 | 15002.3 | 589.83 |
| WLAN - PA | 2912 | 1/8/2021 | (1) | (90.30) | -15 | -3.88 |
| WLAN - PA | 2912 | 1/9/2021 | 6 | 1,418.41 | 48 | 81.84 |
| WLAN - PA | 2912 | 1/9/2021 | 1,138 | 24,709.91 | 23687.71 | 1048.01 |
| WLAN - PA | 2912 | 1/9/2021 | 1 | 37.44 | 5.05 | 0 |
| WLAN - PA | 2912 | 1/9/2021 | 959 | 18,032.79 | 2193.47 | 109.77 |
| WLAN - PA | 2912 | 1/9/2021 | 269 | 5288.593 | 3545.01 | 109.92 |
| WLAN - PA | 2912 | 1/9/2021 | 1 | 90.30 | 15 | 3.88 |
| WLAN - PA | 2912 | 1/9/2021 | 617 | 13258.93 | 12562.07 | 678.71 |
| WLAN - PA | 2912 | 1/9/2021 | 194 | 7379.869 | 2865.25 | 131.5 |
| WLAN - PA | 3217 | 1/3/2021 | 1,519 | 29682.451 | 31627.02 | 1214.94 |
| WLAN - PA | 3217 | 1/3/2021 | 453 | 8,256.89 | 8301.72 | 225.08 |
| WLAN - PA | 3217 | 1/3/2021 | 25 | 1,127.82 | 336 | 38.28 |
| WLAN - PA | 3217 | 1/3/2021 | 547 | 10,409.64 | 8021.07 | 512.06 |
| WLAN - PA | 3217 | 1/3/2021 | 391 | 15680.439 | 5925.86 | 279.71 |
| WLAN - PA | 3217 | 1/3/2021 | (1) | (23.64) | -6.84 | -0.22 |
| WLAN - PA | 3217 | 1/4/2021 | 935 | 18724.722 | 16969.83 | 697.12 |
| WLAN - PA | 3217 | 1/4/2021 | 404 | 6835.437 | 1688.98 | 133.64 |
| WLAN - PA | 3217 | 1/4/2021 | 389 | 6,765.27 | 6417.09 | 173.19 |
| WLAN - PA | 3217 | 1/4/2021 | 598 | 11,696.34 | 10145.38 | 581.52 |
| WLAN - PA | 3217 | 1/4/2021 | (1) | (14.76) | -3.8 | -0.13 |
| WLAN - PA | 3217 | 1/4/2021 | 224 | 7,188.46 | 3113.43 | 142.15 |
| WLAN - PA | 3217 | 1/4/2021 | (6) | (283.61) | -94.13 | -3.57 |
| WLAN - PA | 3217 | 1/5/2021 | 1,001 | 18642.361 | 16442.12 | 690.73 |
| WLAN - PA | 3217 | 1/5/2021 | 444 | 8,818.12 | 7605.83 | 201.74 |
| WLAN - PA | 3217 | 1/5/2021 | 8 | 744.25 | 338.25 | 87.32 |
| WLAN - PA | 3217 | 1/5/2021 | 615 | 11,875.38 | 9373.26 | 594.38 |
| WLAN - PA | 3217 | 1/5/2021 | 238 | 9,430.30 | 4152.14 | 171.23 |
| WLAN - PA | 3217 | 1/6/2021 | 921 | 18612.745 | 16060.15 | 748.4 |
| WLAN - PA | 3217 | 1/6/2021 | 908 | 15570.476 | 2987.84 | 171.33 |
| WLAN - PA | 3217 | 1/6/2021 | 336 | 6,539.69 | 4986.69 | 145.42 |
| WLAN - PA | 3217 | 1/6/2021 | (5) | (59.56) | -112 | -3 |
| WLAN - PA | 3217 | 1/6/2021 | 557 | 10,709.98 | 8234.32 | 553.39 |
| WLAN - PA | 3217 | 1/6/2021 | 408 | 19,477.96 | 6331.86 | 293.46 |
| WLAN - PA | 3217 | 1/6/2021 | 8 | 574.65 | 404.98 | 17.13 |
| WLAN - PA | 3217 | 1/7/2021 | 1,110 | 21288.339 | 24393.25 | 975.37 |
| WLAN - PA | 3217 | 1/7/2021 | 213 | 4,404.44 | 3306.84 | 95.81 |
| WLAN - PA | 3217 | 1/7/2021 | 30 | 1,325.19 | 354.3 | 38.03 |
| WLAN - PA | 3217 | 1/7/2021 | 536 | 10,091.47 | 8236.39 | 510.16 |
| WLAN - PA | 3217 | 1/7/2021 | 168 | 6,876.40 | 2911.8 | 115.32 |
| WLAN - PA | 3217 | 1/8/2021 | 392 | 8457.948 | 7471.64 | 427.76 |

Warehouse Shipments — For January 3 thru 9, 2021 — Cost (excluding freight) and Retail value

Lancaster, PA to Washington D.C. Stores

| Warehouse | Store | Date | Qty | Col1 | Col2 | Col3 |
|---|---|---|---|---|---|---|
| WLAN - PA | 3217 | 1/8/2021 | 2 | 115.38 | 11.78 | 0.96 |
| WLAN - PA | 3217 | 1/8/2021 | 274 | 6265.793 | 1581.06 | 79.93 |
| WLAN - PA | 3217 | 1/8/2021 | 192 | 3,664.34 | 3563.84 | 103.89 |
| WLAN - PA | 3217 | 1/8/2021 | 415 | 8,650.31 | 7575.99 | 417.72 |
| WLAN - PA | 3217 | 1/8/2021 | 143 | 5,426.37 | 1914.98 | 82.6 |
| WLAN - PA | 3217 | 1/9/2021 | 849 | 18557.393 | 20467.51 | 805.93 |
| WLAN - PA | 3217 | 1/9/2021 | 215 | 3,951.63 | 3214.96 | 93.35 |
| WLAN - PA | 3217 | 1/9/2021 | (1) | (61.27) | -8.75 | -0.21 |
| WLAN - PA | 3217 | 1/9/2021 | 590 | 11,299.90 | 10299.91 | 603.73 |
| WLAN - PA | 3217 | 1/9/2021 | (6) | (160.27) | -91.17 | -6.08 |
| WLAN - PA | 3217 | 1/9/2021 | 412 | 19,910.65 | 7044.34 | 335.38 |
| WLAN - PA | 3217 | 1/9/2021 | (1) | (81.97) | -45.54 | -2.28 |
| WLAN - PA | 4202 | 1/3/2021 | 209 | 3,996.48 | 3063.64 | 198.75 |
| WLAN - PA | 4202 | 1/3/2021 | 90 | 1,457.81 | 1524.98 | 39.24 |
| WLAN - PA | 4202 | 1/4/2021 | 160 | 2,861.83 | 2219.16 | 67.22 |
| WLAN - PA | 4202 | 1/4/2021 | 13 | 616.39 | 189 | 21.59 |
| WLAN - PA | 4202 | 1/4/2021 | 410 | 8,112.25 | 6686.82 | 387.37 |
| WLAN - PA | 4202 | 1/4/2021 | 187 | 8354.78 | 3652.2 | 151.34 |
| WLAN - PA | 4202 | 1/5/2021 | 595 | 10,835.70 | 9759.31 | 361.54 |
| WLAN - PA | 4202 | 1/5/2021 | 618 | 11602.452 | 2358.12 | 147.75 |
| WLAN - PA | 4202 | 1/5/2021 | 250 | 5,013.97 | 3881.59 | 113.56 |
| WLAN - PA | 4202 | 1/5/2021 | 5 | 308.40 | 105 | 18.38 |
| WLAN - PA | 4202 | 1/5/2021 | 411 | 8,356.32 | 7412.77 | 420.11 |
| WLAN - PA | 4202 | 1/5/2021 | 193 | 8798.684 | 3325.63 | 153.34 |
| WLAN - PA | 4202 | 1/6/2021 | 3 | 203.043 | 143.28 | 6.68 |
| WLAN - PA | 4202 | 1/7/2021 | 639 | 12,097.04 | 14082.65 | 577.07 |
| WLAN - PA | 4202 | 1/7/2021 | (1) | (14.06) | -6.5 | -0.33 |
| WLAN - PA | 4202 | 1/7/2021 | 178 | 3,353.39 | 2742.15 | 79.46 |
| WLAN - PA | 4202 | 1/7/2021 | 19 | 697.42 | 226.8 | 26.04 |
| WLAN - PA | 4202 | 1/7/2021 | 343 | 7,082.56 | 5446.66 | 328.3 |
| WLAN - PA | 4202 | 1/7/2021 | 166 | 6723.211 | 2911 | 134.1 |
| WLAN - PA | 4202 | 1/9/2021 | 518 | 10,596.20 | 7780.83 | 348.76 |
| WLAN - PA | 4202 | 1/9/2021 | 1 | 37.44 | 5.05 | 0 |
| WLAN - PA | 4202 | 1/9/2021 | (7) | -49.999 | -16.45 | -1.21 |
| WLAN - PA | 4202 | 1/9/2021 | 474 | 8621.329 | 1593.58 | 107.29 |
| WLAN - PA | 4270 | 1/3/2021 | 1,156 | 20,393.77 | 18681.5 | 740.41 |
| WLAN - PA | 4270 | 1/3/2021 | (2) | -78.446 | -12.86 | -0.68 |
| WLAN - PA | 4270 | 1/4/2021 | 314 | 5764.137 | 5902.32 | 157.09 |
| WLAN - PA | 4270 | 1/4/2021 | 7 | 314.77 | 89 | 9.44 |
| WLAN - PA | 4270 | 1/4/2021 | 350 | 6459.766 | 6645.33 | 361.3 |
| WLAN - PA | 4270 | 1/4/2021 | 404 | 17691.699 | 8366.31 | 360.95 |
| WLAN - PA | 4270 | 1/5/2021 | 1,340 | 20,908.74 | 30697.07 | 1145.73 |
| WLAN - PA | 4270 | 1/5/2021 | 12 | 98.64 | 14.58 | 0.66 |
| WLAN - PA | 4270 | 1/5/2021 | 547 | 9,715.35 | 2661.53 | 178.59 |
| WLAN - PA | 4270 | 1/6/2021 | 590 | 10340.741 | 10305.04 | 280.95 |
| WLAN - PA | 4270 | 1/6/2021 | 3 | 151.80 | 82.25 | 9.91 |
| WLAN - PA | 4270 | 1/6/2021 | 277 | 5633.041 | 5719.98 | 318.04 |

Warehouse Shipments — Lancaster, PA to Washington D.C. Stores

For January 3 thru 9, 2021

Cost (excluding freight) and Retail value

| Origin | Store | Date | Qty | Col1 | Col2 | Col3 |
|---|---|---|---|---|---|---|
| WLAN - PA | 4270 | 1/6/2021 | 334 | 11798.084 | 4838.32 | 238.05 |
| WLAN - PA | 4270 | 1/6/2021 | 2 | 128.721 | 90.94 | 4.59 |
| WLAN - PA | 4270 | 1/7/2021 | 1,104 | 27905.042 | 23703.87 | 1031.67 |
| WLAN - PA | 4270 | 1/8/2021 | 406 | 7268.421 | 7872.57 | 213.64 |
| WLAN - PA | 4270 | 1/8/2021 | 10 | 420.15 | 126.8 | 12.75 |
| WLAN - PA | 4270 | 1/8/2021 | 313 | 5589.005 | 4957.57 | 346.11 |
| WLAN - PA | 4270 | 1/8/2021 | 370 | 15545.257 | 7012.91 | 310.46 |
| WLAN - PA | 4270 | 1/9/2021 | 6 | 1418.406 | 48 | 81.84 |
| WLAN - PA | 4270 | 1/9/2021 | 1,443 | 27575.881 | 29140.49 | 1152.56 |
| WLAN - PA | 4270 | 1/9/2021 | 3 | 112.32 | 15.15 | 0 |
| WLAN - PA | 4270 | 1/9/2021 | 552 | 9,888.44 | 2845.14 | 186.27 |
| WLAN - PA | 4270 | 1/9/2021 | (3) | -0.03 | -30 | -0.99 |
| WLAN - PA | 4832 | 1/3/2021 | 743 | 14777.176 | 12028.65 | 555.1 |
| WLAN - PA | 4832 | 1/3/2021 | (1) | (49.70) | -9.1 | -0.45 |
| WLAN - PA | 4832 | 1/3/2021 | (2) | -184.248 | -102.36 | -4.04 |
| WLAN - PA | 4832 | 1/4/2021 | 436 | 8187.31 | 6932.24 | 192.94 |
| WLAN - PA | 4832 | 1/4/2021 | 20 | 830.464 | 268 | 27.66 |
| WLAN - PA | 4832 | 1/4/2021 | 641 | 12,428.97 | 10139.58 | 572.69 |
| WLAN - PA | 4832 | 1/4/2021 | 276 | 11551.388 | 4722.3 | 206.71 |
| WLAN - PA | 4832 | 1/5/2021 | 1,077 | 22671.844 | 19889.38 | 843.15 |
| WLAN - PA | 4832 | 1/5/2021 | 625 | 10292.765 | 2051.04 | 169.83 |
| WLAN - PA | 4832 | 1/5/2021 | (2) | (55.42) | -24 | -3.4 |
| WLAN - PA | 4832 | 1/6/2021 | 312 | 6279.471 | 4113.12 | 126.02 |
| WLAN - PA | 4832 | 1/6/2021 | 7 | 687.25 | 306 | 81.57 |
| WLAN - PA | 4832 | 1/6/2021 | 616 | 12,005.35 | 9521.86 | 564.91 |
| WLAN - PA | 4832 | 1/6/2021 | 207 | 7,471.89 | 2735.22 | 134.78 |
| WLAN - PA | 4832 | 1/6/2021 | 4 | 277.37 | 195.62 | 8.77 |
| WLAN - PA | 4832 | 1/7/2021 | 919 | 18874.02 | 20350.47 | 844.93 |
| WLAN - PA | 4832 | 1/7/2021 | 29 | 872.304 | 271.3 | 33.05 |
| WLAN - PA | 4832 | 1/7/2021 | 477 | 9,836.08 | 8863.98 | 547.92 |
| WLAN - PA | 4832 | 1/7/2021 | (1) | (34.20) | -8.5 | -0.84 |
| WLAN - PA | 4832 | 1/8/2021 | 313 | 5904.406 | 4412.95 | 134.17 |
| WLAN - PA | 4832 | 1/8/2021 | 118 | 5,411.57 | 2098.07 | 96.82 |
| WLAN - PA | 4832 | 1/9/2021 | 693 | 14679.55 | 11705.09 | 495.16 |
| WLAN - PA | 4832 | 1/9/2021 | 1 | 37.44 | 5.05 | 0 |
| WLAN - PA | 4832 | 1/9/2021 | (2) | -30.12 | -4.5 | -0.77 |
| WLAN - PA | 4832 | 1/9/2021 | 450 | 6711.7 | 1284.58 | 85.32 |

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Amy Burke, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Albertsons Companies, the ultimate parent company of Safeway, Inc. ("PROVIDER"), and my title is Vice President, Division Counsel. I am a custodian of records for PROVIDER, and I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of PROVIDER. The attached records consist of:

1. Safeway Early Closure Notice for Washington, DC stores 1/6/2021
2. Safeway Mid-Atlantic Daily Sales Report for Washington, DC stores (Redacted) 1/5/2021 – 1/7/2021
3. Safeway Warehouse Shipments Lancaster, PA to Washington, DC stores 1/3/2021-1/9/2021

I further state that:

a.   all records were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, it was kept in the ordinary course of the regularly conducted business activity of PROVIDER, and they were made by PROVIDER as a regular practice; and

b.   such records were generated by PROVIDER's electronic process or system that produces an accurate result, to wit:

   1.   the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of PROVIDER in a manner to ensure that they are true duplicates of the original records; and

   2.   the process or system is regularly verified by PROVIDER, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

11-10-21
Date

_Amy Burke_
Signature