**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **1:21-cr-00177-CRC** |
| | : | |
| | : | |
| DANIEL D. EGTVEDT, | : | |
| | : | |
| Defendant. | : | |

**JOINT STATUS REPORT OF THE PARTIES**

The United States of America, by and through the United States Attorney for the District of Columbia, and defendant Daniel D. Egtvedt, by and through counsel, submit this joint status report, as required by the Court's Minute Order of May 12, 2022.

1. The parties are generally available for trial the week of July 25, 2022.  However, there is one witness for the government who is not available to appear in court even remotely that week.  Both parties are amenable to the Court taking that witness's testimony prior to July 25, and before opening statements, as generally authorized under Rule 15 of the Federal Rules of Evidence.

2. The government is not available for trial the week of August 8, 2022, and is also not available for trial in October 2022.  The government had initially thought it would be available the week of August 8, but subsequently

realized that the case agent had advised the prosecutors that he would not be available that week.

3. The parties would like to have an evidentiary hearing on the defendant's motion to suppress on June 2, 2022, and to address other pretrial motions on that date.  If the Court is available the parties would like to commence the hearing at 9:30 a.m., as opposed to the current scheduled time of 11 a.m.

4. The parties would also request that the Court schedule time on the morning of June 6, 2022, if additional time is needed to address the pretrial motions.

5. It is the parties' understanding that the deadline of May 16, 2022, requiring the government to make *Giglio* disclosures regarding its trial witnesses and for the parties to exchange trial exhibit lists, is no longer in effect now that the Court has vacated the June 6, 2022 trial date.

6. Similarly, and for the same reason, it is the parties' understanding that the deadline of June 1, 2022 for the parties to exchange lists of witnesses who will be called at trial is no longer in effect.

Respectfully submitted,

MATTHEW M. GRAVES          /s/*Kira West*
UNITED STATES ATTORNEY     Kira West, Esq.

by:  /s/*Michael C. Liebman*    /s/*Nicole Cubbage*
     Michael C. Liebman         Nicole Cubbage, Esq.

                                Counsel for defendant Egtvedt
     /s/*Colleen Kukowski*
     Colleen Kukowski

     Assistant U.S. Attorneys
     601 D Street, N.W.
     Washington, D.C.  20530