IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-CR-177(CRC) |
| | ) | |
| | ) | |
| DANIEL D. EGTVEDT | ) | |

**MOTION TO ALLOW MR. EGTVEDT TO TRAVEL TO COURT AND TO MEET WITH HIS COUNSEL**

The Defendant, Daniel Egtvedt, by his counsel, Kira Anne West, hereby respectfully asks the Court to allow Mr. Egtvedt to travel to Virginia to meet with his attorney and to attend court in the upcoming motion to suppress scheduled for June 2, 2022 in the above case and in support states the following:

This Court will hear a motion to suppress by the defense on June 2, 2022. According to an email sent by pretrial services, undersigned counsel is required to ask the Court's permission for Mr. Egtvedt to travel to Virginia on June 1, 2022, to meet with his lawyer and to spend the night to be on time for the hearing the following day, June 2, 2022, which is scheduled to begin at 9:30 a.m.

Undersigned counsel believes the hearing will only take one day, but in an abundance of caution, undersigned counsel askes that Mr. Egtvedt be allowed to travel June 1 and June 2, 2022, for an overnight stay because his residence, as the Court knows, is 3 hours from Washington, D.C.

Respectfully submitted,

                      KIRA ANNE WEST

By:       /s/
      Kira Anne West
      DC Bar No. 993523
      712 H Street N.E., Unit 509
      Washington, D.C. 20002
      Phone: 202-236-2042
      kiraannewest@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify on the 31st day of May, 2022 a copy of same was delivered to the parties of record, via ECF, pursuant to the Covid standing order and the rules of the Clerk of Court.

      /S/
      Kira Anne West