IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CASE NO. 1:21-cr-00177 (CRC)** |
| | : | |
| **DANIEL DEAN EGTVEDT** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF FILING OF EXHIBIT 1 TO GOVERNMENT'S OPPOSITION TO THE DEFENDANT'S MOTION TO SUPPRESS CELL PHONE EVIDENCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Notice of Filing of Exhibit 1 to the Government's Opposition to the Defendant's Motion to Suppress Cell Phone Evidence (ECF No. 53). In the Government's Opposition to the Defendant's Motion to Suppress Cell Phone Evidence, the government references Exhibit 1, a search warrant that was signed by U.S. Magistrate Judge G. Michael Harvey on March 23, 2021. This search warrant, 21-sw-83, has since been unsealed for the purposes of litigation in this matter. Accordingly, the government is filing the attached Exhibit 1 on the public docket in advance of suppression hearings scheduled for June 2, 2022.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

 /s/ Colleen D. Kukowski
Colleen D. Kukowski
Assistant United States Attorney
D.C. Bar No. 1012458
Colleen.Kukowski@usdoj.gov
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2646 (Kukowski)

CERTIFICATE OF SERVICE

I certify that a copy of the Notice of Filing of Exhibit 1 to the Government's Opposition to the Defendant's Motion to Suppress Cell Phone Evidence was served on all counsel of record via the Court's electronic filing service.

                                              /s/ Colleen D. Kukowski
                                              COLLEEN D. KUKOWSKI
                                              Assistant United States Attorney

Date:   May 31, 2022