| | |
|---|---|
| Government | ✓ |
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

United States of America
vs.
Daniel Dean Egtvedt

~~Civil~~/Criminal No. 21-CR-177

MOTION HEARING — JUNE 2, 2022

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 2 | CAD Report (2/13/2021) | 6/2/22 | 6/2/22 | — | |
| 3 | 911 Call | 6/2/22 | 6/2/22 | — | |
| 4 | 911 Call Center Return Call | 6/2/22 | 6/2/22 | — | |
| 1 | MD State Police Report | 6/2/22 | — | Trooper Brian Brennan | |
| 5 | YouTube Video | 6/2/22 | 6/2/22 | SA Joshua Smith-Shimer | |
| 6 | Copies of Handwritten Docs. | | | | |
| 7 | " | | | | |
| 8 | Cellphone Warrant Application | | | | |
| 9 | Defendant's LinkedIn Account | ↓ | ↓ | ↓ | |
| 10 | D.O.C. Medical Records | 6/2/22 | 6/2/22 | — | |
| A-1 | Magistrate Documents | 6/2/22 | 6/2/22 | — | |

|  | United States of America | |
|---|---|---|
| Government ☐ | vs. | Civil/Criminal No. 21-cr-177 |
| Plaintiff ☐ | Daniel Dean Egtvedt | |
| Defendant ☑ | | |
| Joint ☐ | MOTION HEARING — JUNE 2, 2022 | |
| Court ☐ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 4 | Trooper Form 67 | 6/2/22 | — | Trooper Brian Brennan | |
| 1 | Defendant's Medical Records | 6/2/22 | 6/2/22 | — | |
| 2 | Video of Defendant (Hall of Columns) | 6/2/22 | 6/2/22 | — | |
| 3 | Video of Defendant (South Door Vestibule) | 6/2/22 | 6/2/22 | — | |