CO 526 Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            )
                                    )
            vs.                     )   Criminal Case No.: 21-CR-177 (CRC)
                                    )
DANIEL DEAN EGTVEDT                 )
                                    )
                                    )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_Daniel Dean Egtvedt_
Defendant

_[signature]_
Counsel for Defendant

I consent:

/s/ Michael C. Liebman
Assistant United States attorney

Approved: _[signature]_           Date: 6/8/22
United States District Judge