# Defense Counsel Capitol Walkthrough Locations

- Speaker's Lobby – non-public

- Speaker's Office – non-public

- House Chamber – non-public

- Senate Chamber – non-public

- Senate Gallery – non-public

- **Statuary Hall – public**

- **Crypt – public**

- **West Front of Capitol – public**

- **East Front of Capitol – public**

- **East Grand staircase – Senate –public**

- **Rotunda including the East Front Lobby area and steps to the Crypt – public**

- **Rotunda West staircase to the Crypt – public**

- Rotunda Door exterior – non-public

- Upper West Terrace/ Upper West Terrace Door (interior and exterior) – non-public

- Lower West Terrace – non-public

- West Terrace Steps and staircase and wall – non-public

- Senate Wing Door – non-public

- Parliamentarian's Office (and adjacent fire door) – non-public

- Lower West Terrace Door specifically (interior and exterior) – non-public

- Offices ST2 – ST10 – non-public

- Exterior HT2M window – non-public

- S140 & S145 – non-public

- **North and South Doors of Capitol – public**

- **House Wing (near House Wing Door) and Hall of Columns – public**

- Memorial Door and interior steps to Second Floor adjacent to Memorial Door – non-public

- **Capitol Visitors Center (main level and Emancipation Hall) – public**

- Area of the House Majority Leader's Office (Hoyer) – non-public