

CP-315
(04/15)
Page 1

# UNITED STATES CAPITOL POLICE

## USE OF FORCE REPORT

PRINT

(Please Type or Print Legibly)

| 1. CCN | 2. CFN | 3. DUTY STATUS |
|---|---|---|
| 21002798 | 210106000030 | On-Duty ☑ Off-Duty ☐ |

| 4. EMPLOYEE'S NAME (Last, First, MI) | 5. ELEMENT |
|---|---|
| Amendola, Daniel, J | USB/ Senate 3 |

| 6. LOCATION OF INCIDENT |
|---|
| 1 First Street NW |

| 7. SUBJECT'S NAME (Last, First, MI) | 8. SEX | 9. RACE |
|---|---|---|
| Unknown | ☑ Male ☐ Female | Unknown |

| 10. SUBJECT'S DATE OF BIRTH | 11. DATE OF INCIDENT | 12. TIME OF INCIDENT |
|---|---|---|
| Unknown | 01/06/2021 | Approx 1645hrs |

| 13. SUBJECT'S ADDRESS | 14. SUBJECT'S PHONE NUMBER |
|---|---|
| Unknown | Unknown |

| 15. RADIO RUN | 16. TIME DISPATCHED | 17. TIME CLEARED |
|---|---|---|
| Yes ☑ No ☐ | Approx 1455hrs | Approx 1645hrs |

**18. LEVEL OF FORCE USED (Please check all that may apply)**

Compliance Techniques ☐ Defensive Tactics ☑ Deadly Force ☐

**19. MEANS OF FORCE USED**

| | | | |
|---|---|---|---|
| Empty-Hand Control Techniques | ☑ | Chemical Agent Spray | ☑ |
| Withdrew Firearm From Holster | ☐ | Pointed Firearm at Individual | ☐ |
| Firing of Firearm | ☐ | Baton | ☑ |
| Other ____________ | ☐ | | |

| 20. SUPERVISOR IN CHARGE OF THE SCENE | 21. OTHER USCP EMPLOYEES ON THE SCENE |
|---|---|
| Lieutenant Scott J. Grossi | Multiple United States Capitol Police Officers |

| 22. INJURY TO SUBJECT | 23. TRANSPORTED TO HOSPITAL (If so, how?) |
|---|---|
| Yes ☐ No ☑ | Yes ☐ No ☑ How____________ |

| 24. INJURY TO YOU | 25. TRANSPORTED TO HOSPITAL (If so, how?) |
|---|---|
| Yes ☐ No ☑ | Yes ☐ No ☑ How____________ |

DISTRIBUTION

1. No Copies
2. Attach a CP-01E to the original and forward through the Chain-of-Command to the Bureau Commander within two (2) days
3. Original – signed by the Bureau Commander, forwarded to the Commander of the OPR

**EMPLOYEE MUST COMPLETE NARRATIVE ON THE FOLLOWING PAGE**

OPEN HANDS
OC SPRAY — DISCHARGE
BATON — STRIKE



UNITED STATES CAPITOL POLICE

USE OF FORCE REPORT

CP-315
(04/15)
Page 2

(Please Type or Print Legibly)

**26. NARRATIVE— DESCRIBE YOUR ACTIONS** (Additional space is provided on page 3, if needed)

On 01/06/2021, While working on duty status, RO Amendola, #6617 was assigned to the USCP CDU Platoon #4 CDU44B
At approx. 1455hrs USCP Platoons 3 and 4 were dispatched and deployed to the United States Capitol Building due to a very large and very unruly group of protesters/rioters attempting to breach and forcibly gain entry to the U.S Capitol Building. Upon arriving on scene inside the north side of the Capitol Building 1st floor, RO observed numerous people breaking the glass out of windows and the glass in the exterior doors. RO and several other USCP officers attempted to create distance by barricading the doors and windows by placing assorted furniture in front to obstruct any forcible entry by rioter. Protesters/rioters were kicking and striking the doors and windows with boards of wood and other blunt objects and attempting to reach through the broken glass of door to gain entry. RO implemented several empty handed strikes and controls to unknown subjects in attempt to gain compliance and prevent further property destruction or injuries to RO and others on scene. RO deployed/extended his issued ASP Baton and delivered strikes to the area of the hands and limbs of the protesters/rioters reaching inside the U.S Capitol Building and those who stormed through the broken doors/windows who were failing to comply with verbal commands and were rushing towards RO while exhibiting pre-assault/assaultive behaviors/indicators (Clenched fists, verbal threats, bladed body stances, and striking. RO deployed and sprayed issued OC/Sabre Red Spray in short bursts in varying distances exceeding approx 4ft to prevent and disrupt protesters/rioters from gaining and forcing entry in the U.S Capitol Building. During/after the chaotic scene no names were discovered, and no injuries reported by any subjects at the scene of the event.

CFN: 210106000030
CCN: 21002798

**27. SUPERVISOR'S REVIEW** (Additional space is provided on page 3, if needed)

| Question | Response |
|---|---|
| Was the Watch Commander notified? | Yes ☑ No ☐ |
| Were you involved in the incident? | Yes ☐ No ☑ |
| Were all injuries treated? | Yes ☑ No ☐ (If no, please explain) |
| Based on your review of this Use Of Force, do the circumstances support the Use Of Force? | Yes ☑ No ☐ |
| Do you recommend further investigation? | Yes ☐ No ☑ |

| 28. EMPLOYEE'S SIGNATURE | 29. EMPLOYEE'S PIN | 30. DATE |
|---|---|---|
| Daniel Amendola | 6617 | 01/06/2021 |
| **31. SUPERVISOR'S SIGNATURE** | **32. SUPERVISOR'S PIN** | **33. DATE** |
| [signature] | 6703 | 01/06/2021 |
| **34. BUREAU COMMANDER'S RECOMMENDATION FOR FURTHER INVESTIGATION** | Yes ☐ | No ☒ |
| **35. BUREAU COMMANDER'S SIGNATURE** | **36. COMMANDER'S PIN** | **37. DATE** |
| [signature] | 5321 | 1-23-21 |