IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-CR-177(CRC) |
| | ) | |
| | ) | |
| DANIEL D. EGTVEDT | ) | |

**MOTION TO ALLOW MR. EGTVEDT TO TRAVEL  TO MEET WITH HIS COUNSEL**

The Defendant, Daniel Egtvedt, by his counsel, Kira Anne West, hereby respectfully asks the Court to allow Mr. Egtvedt to travel to Virginia to meet with his attorneys on October 26 and 27, 2022, in the above case and in support states the following:

This Court will hear this case in a bench trial on December 5, 2022.  As such, pretrial preparation is underway.  According to an email sent by pretrial services, undersigned counsel is required to ask the Court's permission for Mr. Egtvedt to travel to Virginia, to meet with his lawyers and to spend the night.

Undersigned counsel respectfully requests that Mr. Egtvedt be allowed to travel to Virginia October 25 through October 27 2022, for an overnight stay of two nights because his residence, as the Court knows, is 3 hours at least from Washington, D.C.

Respectfully submitted,

KIRA ANNE WEST

By:     /s/
Kira Anne West
DC Bar No. 993523
712  H Street N.E., Unit  509
Washington, D.C.  20002
Phone:   202-236-2042
kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I hereby certify on the 21st day of October, 2022 a copy of same was delivered to the parties of record, via ECF, pursuant to the Covid standing order and the rules of the Clerk of Court.


Kira Anne West