IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-CR-177(CRC) |
| | ) | |
| | ) | |
| DANIEL D. EGTVEDT | ) | |

**MOTION TO ALLOW MR. EGTVEDT TO TRAVEL FOR TRIAL**

The Defendant, Daniel Egtvedt, by his counsel, Kira Anne West, hereby respectfully asks the Court to allow Mr. Egtvedt to travel to Washington, D.C. for trial in the above case and in support states the following:

This Court will hear this case in a bench trial on December 5, 2022. As such, Mr. Egtvedt will need to be in Washington, D.C. for trial and to spend the night. According to an email sent by pretrial services, undersigned counsel is required to ask the Court's permission for Mr. Egtvedt to travel to D.C. for this trial.

Undersigned counsel respectfully requests that Mr. Egtvedt be allowed to travel to Washington, D.C. for an overnight stay of four nights and maybe more because his residence, as the Court knows, is 3 hours at least from Washington, D.C.

                              Respectfully submitted,

                              KIRA ANNE WEST

          By:        /s/
                              Kira Anne West
                              DC Bar No. 993523
                              712 H Street N.E., Unit 509
                              Washington, D.C. 20002
                              Phone: 202-236-2042

kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I hereby certify on the 2nd day of December, 2022 a copy of same was delivered to the parties of record, via ECF,  pursuant to the Covid standing order and the  rules of the Clerk of Court.

_____/S/_____
Kira Anne West