IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-177 (CRC) |
| | ) | |
| | ) | |
| DANIEL D. EGTVEDT. | ) | |

**DEFENDANT'S NOTICE TO THE COURT ABOUT JURY INSTRUCTIONS**

Undersigned counsel and counsel for the United States worked together to fashion jury instructions. On December 1st, the due date, the parties had a conference call and discussed four cases wherein jury instructions had been used.1 Counsel for the government sent a draft to undersigned counsel at 8 pm on December 1st.  Unfortunately, this draft had no citations as to where the instructions came from. Undersigned counsel then requested the government to add citations, which they did on Friday, December 2nd.

At this point, there are no objections, only corrections to these instructions. Element 4 was omitted as an element in the 1512 count. It should be added and state "the defendant acted corruptly."  Other than a couple of typos, that's all.

Respectfully submitted,

KIRA ANNE WEST

By:    /s/
Kira Anne West
DC Bar No. 993523
712  H Street N.E., Unit  509
Washington, D.C.  20002
Phone:   202-236-2042
kiraannewest@gmail.com

---

1 Undersigned counsel would be concerned if  this Court believed that undersigned counsel was dilatory in her actions.

1

CERTIFICATE OF SERVICE

  I hereby certify on the 5th day of December, 2022 a copy of same was delivered to the parties of record, by ECF pursuant to the Covid standing order and the rules of the Clerk of Court.

                /S/
               Kira Anne West