IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-CR-177(CRC) |
| | ) | |
| | ) | |
| DANIEL D. EGTVEDT | ) | |

### MOTION TO ALLOW MR. EGTVEDT TO TRAVEL FOR VERDICT

The Defendant, Daniel Egtvedt, by his counsel, Kira Anne West, hereby respectfully asks the Court to allow Mr. Egtvedt to travel to Washington, D.C. for the verdict in the above case and in support states the following:

This Court will heard the trial of this case in a bench trial from December 5-8, 2022. As such, Mr. Egtvedt will need to be in Washington, D.C. for the verdict and to spend the night.

Undersigned counsel respectfully requests that Mr. Egtvedt be allowed to travel to Washington, D.C. for one overnight stay on December 15, 2022, because his residence, as the Court knows, is 3 hours at least from Washington, D.C.

                                            Respectfully submitted,

                                            KIRA ANNE WEST

               By:      /s/
                                            Kira Anne West
                                            DC Bar No. 993523
                                            712 H Street N.E., Unit 509
                                            Washington, D.C. 20002
                                            Phone: 202-236-2042
                                            kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I hereby certify on the 12th day of December, 2022 a copy of same was delivered to the parties of record, via ECF, pursuant to the Covid standing order and the rules of the Clerk of Court.

/S/
Kira Anne West