UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

    **Plaintiff**

        v.                                      Case No.: 21-CR-177 (CRC)

**DANIEL DEAN EGTVEDT**

    **Defendant**

### TRIAL EXHIBITS FOR THE DEFENDANT

| Exhibit No. | Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 1 | CCV footage – Camera 0600 | 12/5/2022 | 12/5/2022 | Inspector Monique Moore |
| 2 | Timeline | 12/5/2022 | | Inspector Monique Moore |
| 4 | Arrest Report | 12/5/2022 | | Officer Daniel Amendola |
| 5 | PD42 Form | 12/6/2022 | | Sargent James Koenig |
| 6 | FBI Report | 12/7/2022 | | Officer Adam Durrette |
| | **100 Series Overview Exhibits** | | | |

| | | | | |
|---|---|---|---|---|
| 100 | IMG 3325 (Picture from Defendant's Cell Phone of Egtvedt at Rally with Thumbs up taken at 9:12am on January 6, 2021) | 12/8/2022 | 12/8/2022 | ----------------- |
| 101 | Screen Shot of Mr. Egtvedt from Phone Video IMG 3519 | 12/8/2022 | 12/8/2022 | ----------------- |
| 102 | Picture of Defendant's Cell Phone showing photo with time stamp walk towards Capitol at 1:33pm | 12/8/2022 | 12/8/2022 | ----------------- |
| 103 | Picture of Defendant's Cell Phone showing photo with time stamp on walk towards Capitol at 1:57pm | 12/8/2022 | 12/8/2022 | ----------------- |
| 104 | Picture of Defendant's Cell Phone showing Photo taken by Dan at Senate Wing Door of Unknown officer at 2:37pm | 12/8/2022 | 12/8/2022 | ----------------- |
| 105 | Picture of Defendant's Cell Phone showing Photo taken by Mr. Egtvedt at Senate Wing Door of unknown officer at 2:37pm | 12/8/2022 | 12/8/2022 | ----------------- |
| | | | | |
| | **200 Series - Maps** | | | |
| 200 | Map of Capitol First Floor | | | |
| 201 | Capitol Drawing Map | | | |
| | **300 Series –From Egtvedt's Phone Extract** | | | |
| 301 | Picture taken by Egtvedt at Window of Senate Wing Door IMG 3516 at 2:37pm | 12/8/2022 | 12/8/2022 | **Special Agent Joshua Smith-Shimer** |
| 302 | Picture Taken by Egtvedt at Door of Senate Wing Doors IMG 3517 at 2:37pm | 12/8/2022 | 12/8/2022 | **Special Agent Joshua Smith-Shimer** |
| 303 | Picture Taken by Egtvedt at Window of the Door of Senate Wing Doors IMG 3518 at 2:37:42pm | 12/8/2022 | 12/8/2022 | **Special Agent Joshua Smith-Shimer** |
| 304 | IMG 3317 (Picture Taken by Egtvedt of screen at Rally "the most extensive, inclusive voter fraud organization in history") | | | |

| | | | | |
|---|---|---|---|---|
| 305 | IMG 3319 (Photo taken by Egtvedt of screen at Rally "It's an Outrage") | | | |
| 306 | IMG 3326 (Mr. Egtvedt at Rally smiling with Thumbs up taken at 9:12am) | 12/8/2022 | 12/8/2022 | Special Agent Joshua Smith-Shimer |
| 307 | IMG 3416 (Stage at Rally with Trump) | 12/8/2022 | 12/8/2022 | Special Agent Joshua Smith-Shimer |
| 308 | IMG 3418 (Stage at Rally Trump speaking at 12:50pm) | 12/8/2022 | 12/8/2022 | Special Agent Joshua Smith-Shimer |
| 309 | IMG 3422 (stage at Rally) | 12/8/2022 | 12/8/2022 | Special Agent Joshua Smith-Shimer |
| 310 | IMG 3423 (Panoramic photo of Stage and Rally at 12:55pm) | 12/8/2022 | 12/8/2022 | Special Agent Joshua Smith-Shimer |
| 311 | IMG 3429 (Mr. Egtvedt selfie taken with stage in background at 1:08pm) | 12/8/2022 | 12/8/2022 | Special Agent Joshua Smith-Shimer |
| 312 | IMG 3440 (Stage at Rally taken at 1:14pm) | 12/8/2022 | 12/8/2022 | Special Agent Joshua Smith-Shimer |
| 313 | IMG 3446 (Picture of people at the Rally taken at 1:16pm) | 12/8/2022 | 12/8/2022 | Special Agent Joshua Smith-Shimer |
| 314 | IMG 3452 (Washington Monument in background at 1:33pm) | 12/8/2022 | 12/8/2022 | Special Agent Joshua Smith-Shimer |
| 315 | IMG 3455 (taken by Egtvedt at 1:34pm walking towards Capitol) | 12/8/2022 | 12/8/2022 | Special Agent Joshua Smith-Shimer |
| 316 | IMG 3464 (Taken by Be Egtvedt at 1:37pm of people in street on walk to Capitol) | 12/8/2022 | 12/8/2022 | Special Agent Joshua Smith-Shimer |
| 317 | IMG 3475 (Panoramic pic taken by Egtvedt on walk to Capitol at 1:42pm) | 12/8/2022 | 12/8/2022 | Special Agent Joshua Smith-Shimer |
| 318 | IMG 3480 (Pic taken be Egtvedt on walk to Capitol at 1:55pm) | 12/8/2022 | 12/8/2022 | Special Agent Joshua Smith-Shimer |
| 319 | IMG3491 (Panoramic pic taken by Egtvedt in street out in front of National Archives building at 1:58pm) | 12/8/2022 | 12/8/2022 | Special Agent Joshua Smith-Shimer |

| | | | | |
|---|---|---|---|---|
| 320 | IMG 3493 (Pic taken by Egtvedt at 2:04pm on walk to Capitol) | 12/8/2022 | 12/8/2022 | Special Agent Joshua Smith-Shimer |
| 321 | IMG 3494 (Panoramic pic taken by Egtvedt at 2:08pm showing Prettyman Courthouse in background) | 12/8/2022 | 12/8/2022 | Special Agent Joshua Smith-Shimer |
| 322 | IMG 3495 (Panoramic photo taken by Egtvedt on West lawn of Capitol at 2:18pm) | 12/8/2022 | 12/8/2022 | Special Agent Joshua Smith-Shimer |
| 323 | IMG 3498 (Panoramic photos taken by Egtvedt through the ripped tarp covering scaffolding area at 2:25pm) | | | |
| 324 | IMG 3499 (Panoramic photos taken by Egtvedt on stairs leading up to upper west terrace at 2:26pm) | | | |
| 325 | IMG 3501 (Photo taken by Egtvedt of three individuals on upper west terrace at 2:27pm) | 12/8/2022 | 12/8/2022 | Special Agent Joshua Smith-Shimer |
| 326 | IMG 3502 (Photo taken by Egtvedt of man draped in flag praying on steps at 2:31pm) | 12/8/2022 | 12/8/2022 | Special Agent Joshua Smith-Shimer |
| 327 | IMG 3506 (Photo taken by Egtvedt on upper west terrace showing person on wall over Senate Wing Doors at 2:32pm) | 12/8/2022 | 12/8/2022 | Special Agent Joshua Smith-Shimer |
| 328 | IMG 3511(Photo taken by Egtvedt of person standing outside Senate Wing door area at 2:34pm) | 12/8/2022 | 12/8/2022 | Special Agent Joshua Smith-Shimer |
| 329 | IMG 3515 taken by Egtvedt outside the side window of Senate Wing Door area at 2:34pm | | | |
| 330 | Cellebrite Extraction Report Screen Shot showing Investigator Shimer-Smith | 12/8/2022 | 12/8/2022 | Special Agent Joshua Smith-Shimer |
| 331 | Document with Metadata for 300 series phone extraction exhibits | 12/8/2022 | 12/8/2022 | Special Agent Joshua Smith-Shimer |
| 332 | Movie IMG 3378 (Trump on stage at Rally taken at 12:05pm) | 12/8/2022 | 12/8/2022 | Special Agent Joshua Smith-Shimer |

| 333 | Movie IMG 3426 (Trump on stage at Rally taken at 12:57pm) | 12/8/2022 | 12/8/2022 | **Special Agent Joshua Smith-Shimer** |
|---|---|---|---|---|
| 334 | Movie IMG 3434 (Trump at Rally inviting everyone to walk down Penn. Ave to Capitol taken at 1:09pm) | 12/8/2022 | 12/8/2022 | **Special Agent Joshua Smith-Shimer** |
| 335 | Cell Phone Video by Egtvedt – sprayed in eyes twice – IMG 3519 | 12/8/2022 | 12/8/2022 | **Special Agent Joshua Smith-Shimer** |
| | **400 Series Videos and Photos from Private Individuals or Open Sources** | | | |
| 400 | Video outside upper west terrace by defendant who was there around the time Egtvedt was (Suarez) | | | |
| 401 | Pic of windows at Senate Side by others charged in J6 cases (Aungst) | | | |
| 402 | Pic at door Senate Side by others charged in J6 cases (Aungst) | | | |
| 403 | Video at Senate Wing Doors outside prior to breach by others charged in J6 cases (Aungst) | | | |
| 404 | Pro Publica video Egtvedt outside Senate Wing Doors after being sprayed | 12/8/2022 | 12/8/2022 | **Special Agent Joshua Smith-Shimer** |
| 405 | Pro Publica video | 12/8/2022 | 12/8/2022 | ---------------- |
| | **500 Series – CCTV from Senate Wing Doors** | | | |
| 500 | Video 0102 USCS 01 Senate Wing Door Near S139_2021-01-06 14h29min14s837ms | 12/8/2022 | 12/8/2022 | ---------------- |
| 500A | Senate Wing Door CCTV same as gov ex. 202a (rolling time stamp version 2:31pm-2:39pm) | 12/8/2022 | 12/8/2022 | ---------------- |
| 500B | Senate Wing Door CCTV same as gov. ex 202b (rolling time stamp version from 2:39 - 3:03pm) | 12/8/2022 | 12/8/2022 | ---------------- |

| | | | | |
|---|---|---|---|---|
| 500C | Senate Wing Door Video same as gov ex. 201 (rolling time stamp version from 2:11pm-2:14pm) | 12/8/2022 | 12/8/2022 | ---------------- |
| 501 | Screenshot from ex. 500 | 12/8/2022 | 12/8/2022 | ---------------- |
| 502 | screenshot from ex. 500 | 12/8/2022 | 12/8/2022 | ---------------- |
| 503 | Screenshot from ex. 500 | 12/8/2022 | 12/8/2022 | ---------------- |
| 503A | Enlarged photo area of Egtvedt being Sprayed | 12/8/2022 | 12/8/2022 | ---------------- |
| 503B | Enlarged photo area of Egtvedt being Sprayed | 12/8/2022 | 12/8/2022 | ---------------- |
| 504 | Video 0102USCS01SenateWingDoornearS139_2021-01-06_14h47min08s147ms | | | |
| 505 | Screenshot from ex. 504 | 12/8/2022 | 12/8/2022 | ---------------- |
| 506 | Screenshot of Senate Wing Door | 12/8/2022 | 12/8/2022 | ---------------- |
| 507 | Screenshot of Senate Wing Door | 12/8/2022 | 12/8/2022 | ---------------- |
| | **600 Series –Body Worn Camera Footage from Crypt** | | | |
| 600 | BWC Albright Egtvedt in Crypt clipped video | | | |
| 600A | Egtvedt in Crypt screenshot from Albright BWC | | | |
| | **700 Series – CCTV Hall of Columns** | | | |
| 700 | 0177 USCH 01 Hall of Columns South Door – 2021-01-06 _15h11min36sec | | | |
| 700A | | 12/8/2022 | 12/8/2022 | ---------------- |
| 701 | Video 0181 USCH 01 South Door Vestibule-2021-01-06_15h10min00s000ms | 12/8/2022 | 12/8/2022 | ---------------- |
| 702 | Clip of Egtvedt in Hall of Columns and exit doors in regular speed | 12/8/2022 | 12/8/2022 | ---------------- |

| | | | | |
|---|---|---|---|---|
| 703 | Clips of Egtvedt in Hall of Columns and exit doors with portions in slow motion | 12/8/2022 | 12/8/2022 | ---------------- |
| 704-709 | Video Clips | 12/8/2022 | 12/8/2022 | ---------------- |
| 709A-709C | Stills for Video Clips | 12/8/2022 | 12/8/2022 | ---------------- |
| | **800 Series – Body Worn Camera Footage Hall of Columns** | | | |
| 800 | Body Worn Camera (BWC) of De Cruz | 12/8/2022 | 12/8/2022 | ---------------- |
| 800A | Screenshot from De Cruz BWC | 12/8/2022 | 12/8/2022 | ---------------- |
| 800 B | Screenshot from De Cruz BWC | 12/8/2022 | 12/8/2022 | ---------------- |
| 800 C | Screenshot from De Cruz BWC | 12/8/2022 | 12/8/2022 | ---------------- |
| 801 | BWC Latif | 12/8/2022 | 12/8/2022 | ---------------- |
| 801 A | Clips from Latif BWC | 12/8/2022 | 12/8/2022 | ---------------- |
| 801 B | Clips from Latif BWC with some slowed | 12/8/2022 | 12/8/2022 | ---------------- |
| 801C | Screenshot from Latif BWC | 12/8/2022 | 12/8/2022 | ---------------- |
| 801 D | Screenshot from Latif BWC | 12/8/2022 | 12/8/2022 | ---------------- |
| 801 E | Screenshot from Latif BWC | 12/8/2022 | 12/8/2022 | ---------------- |
| 801 F | Screenshot from Latif BWC | 12/8/2022 | 12/8/2022 | ---------------- |
| 802 | BWC Campbell | 12/8/2022 | 12/8/2022 | ---------------- |
| 802A | Clips from Campbell BWC various times with slowed portion | 12/8/2022 | 12/8/2022 | ---------------- |
| 802 B | Screenshot from Campbell BWC | 12/8/2022 | 12/8/2022 | ---------------- |
| 802 C | Screenshot from Campbell BWC | 12/8/2022 | 12/8/2022 | ---------------- |
| 802 D | Screenshot from Campbell BWC | 12/8/2022 | 12/8/2022 | ---------------- |
| 802E | Screenshot from Campbell BWC | 12/8/2022 | 12/8/2022 | ---------------- |
| 802 F | Screenshot from Campbell BWC | 12/8/2022 | 12/8/2022 | ---------------- |
| 803 | BWC Jankowski | 12/7/2022 | 12/7/2022 | Officer James Durrette |
| 803 A | Clips from Jankowski BWC various times with slowed portion | 12/7/2022 | 12/7/2022 | Officer James Durrette |
| 803 B | Screenshot from Jankowski BWC | 12/7/2022 | 12/7/2022 | Officer James Durrette |

| 803 C | Screenshot from Jankowski BWC | 12/7/2022 | 12/7/2022 | Officer James Durrette |
|---|---|---|---|---|
| 803 D | Screenshot From Jankowski BWC | 12/7/2022 | 12/7/2022 | Officer James Durrette |
| 803 E | Screenshot from Jankowski BWC | 12/7/2022 | 12/7/2022 | Officer James Durrette |
| 803 F | Screenshot from Jankowski BWC | 12/7/2022 | 12/7/2022 | Officer James Durrette |
| 803 G | Screenshot from Jankowski BWC | 12/7/2022 | 12/7/2022 | Officer James Durrette |
| 803 H | Screenshot from Jankowski BWC | 12/7/2022 | 12/7/2022 | Officer James Durrette |
| 804 | Clip from Koenig BWC from gov ex. 310.01 from Marshall Depo | 12/6/2022 | 12/6/2022 | Sargent James Koenig |
| 804A | Still shots re 804 | 12/6/2022 | 12/6/2022 | Sargent James Koenig |
| | **900 Series – CCTV from Capitol Exterior** | | | |
| 900 | Video 0917_USCG_00_Upper_Terrace_SW_-_2021-01-06_20h09min24s | | | |
| 900A | Screenshot from ex. 900 on Upper Terrace SW | | | |
| 900B | Screenshot from ex. 900 on Upper Terrace SW | | | |
| 900C | Video clips from camera 0944_USCS RF West Roof- 2021-01-06 West Lawn and West Plaza | | | |
| | **1000 Series – Medical Records** | | | |
| 1000 | Expert for Medical Records - CV | | | |
| 1000A | Medical Records Expert Kelly Rock | | | |
| 1000B | Medical Records – Concussion Treatment | | | |
| | **1001 -OC Spray and Training Materials** | | | |

| 1001 | USCP OC cannister (gov provides) | | | |
|---|---|---|---|---|
| 1001A | USCP Training Services Bureau In-Service Training Lesson Plan | 12/5/2022 | 12/5/2022 | Officer James Amendola |
| 1001B | USCP Training Power Point on use of OC spray | 12/5/2022 | 12/5/2022 | Officer James Amendola |
| 1001C | Screenshot from ex. 1000E | | | |
| 1001D | Screenshot from ex. 1000E | | | |
| 1001E | Screenshot from ex. 1000E | | | |
| 1001F | Screenshot from ex. 1000E | | | |
| 1001G | Screenshot from ex. 1000E | | | |
| 1001H | Screenshot from ex. 1000K | 12/8/2022 | 12/8/2022 | ------------ |
| 1001I | Screenshot from ex. 1000D | 12/5/2022 | | Officer James Amendola |
| | **1002 -Miscellaneous** | | | |
| 1002A | January 3-9, 2021 CDU Operational Plan | | | |
| 1002B | United States Capitol Police Demonstration Endorsement Sheet | 12/6/2022 | 12/8/2022 | Lieutenant Scott Grossi |
| 1002C | VIDEO of Trump Speech January 6, 2021 at Rally from C-SPAN | 12/8/2022 | 12/8/2022 | Lieutenant Scott Grossi |
| 1000D | Clips of Trump Rally Speech C-SPAN | 12/8/2022 | 12/8/2022 | Lieutenant Scott Grossi |
| 1003 | | 12/8/2022 | 12/8/2022 | Lieutenant Scott Grossi |

1