IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-CR-177(CRC) |
| | ) | |
| DANIEL D. EGTVEDT | ) | |

**MOTION TO ALLOW MR. EGTVEDT TO TRAVEL FOR SENTENCING**

The Defendant, Daniel Egtvedt, by his counsel, Kira Anne West, hereby respectfully asks the Court to allow Mr. Egtvedt to stay in the Washington, D.C. area for one night for sentencing in the above case and in support states the following:

This Court will sentence Mr. Egtvedt on March 16, 2023 at 2 o'clock p.m. As such, Mr. Egtvedt will need to be in Washington, D.C. for sentencing and to spend the night. According to an email sent by pretrial services, undersigned counsel is required to ask the Court's permission for Mr. Egtvedt to travel to the D.C. area.

Undersigned counsel respectfully requests that Mr. Egtvedt be allowed to travel to Washington, D.C. for an overnight stay of one night beginning March 15, 2023, because his home is 3 hours at least from Washington, D.C.

                                                    Respectfully submitted,
                                                    KIRA ANNE WEST

                   By:           /s/
                                           Kira Anne West
                                           DC Bar No. 993523
                                           712 H Street N.E., Unit 509
                                           Washington, D.C. 20002
                                           Phone: 202-236-2042
                                           kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I hereby certify on the 6th day of March, 2023 a copy of same was delivered to the parties of record, via ECF, pursuant to the Covid standing order and the rules of the Clerk of Court.

                          /S/
                    Kira Anne West