UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Case No. 21-cr-177-CRC |
| **DANIEL DEAN EGTVEDT** | |
| Defendant. | |

**GOVERNMENT'S NOTICE OF FILING OF VIDEO EXHIBITS
PURUSANT TO LOCAL CRIMINAL RULE 49**

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following video exhibits to the Government's Sentencing Memorandum. The videos have been provided to defense counsel in discovery, and were entered into evidence during the defendant's trial. The videos will be provided to defense counsel and the Court via USAfx. As videos, they are not in a format that readily permits electronic filing on CM/ECF.

The videos are as follows:

1. Gov. Ex. 201: USCP CCTV – Senate Wing Door 2:11 pm

2. Gov. Ex. 202a: USCP CCTV – Senate Wing Door 2:31 pm

3. Gov. Ex. 202b: USCP CCTV – Senate Wing Door 2:39 pm

4. Gov. Ex. 202c: USCP CCTV – Senate Wing Door 3:05 pm

5. Gov. Ex. 208: USCP CCTV - Hall of Columns South Door 3:10 pm

6. Gov. Ex. 301: MPD Officer James Albright Body Worn Camera ("BWC").

1

7. Gov. Ex. 302: MPD Officer Michel DaCruz BWC

8. Gov. Ex. 303: MPD Officer Joseph Campbell BWC

9. Gov. Ex. 304: MPD Officer Michael Jankowski BWC

10. Gov. Ex. 306: MPD Officer Marina Bronstein BWC

11. Gov. Ex. 401: Parler - ProPublica 1447 hours - dM4L9bbfDmJ1

12. Gov. Ex. 402: Baked Alaska Dlive Interview 1 ("Come get in here now")

13. Gov. Ex. 403: Baked Alaska Dlive Interview 2 ("Police are traitors")

14. Gov. Ex. 404: Daniel Egtvedt YouTube Interview Video ("'Two Americans Have Been Shot Inside Our Own Capitol Building' Trump Supporter Claims")

15. Gov. Ex. 405: Ruptly Video (Daniel Egtvedt at U.S. Capitol Columbus Doors)

If the Court accepts the proposed video exhibits into evidence, the United States takes the position that the entered exhibits should be promptly released to the public.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

BY:   /s/ Colleen D. Kukowski
Colleen D. Kukowski
Michael C. Liebman
Assistant United States Attorneys
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2646 (Kukowski)
(202) 252-7243 (Liebman)
Colleen.Kukowski@usdoj.gov
Michael.Liebman@usdoj.gov