Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 21 CR 177 (CRC)
Daniel D. Egtvedt )
)

## NOTICE OF APPEAL

Name and address of appellant:

Daniel Egtvedt
2140 Boy Scout Rd
Oakland, MD 21550-7014

Name and address of appellant's attorney:

N/A

Offense: 18 USC 1512, 1752, 111, & 40 USC 5104

Concise statement of judgment or order, giving date, and any sentence: March 21, 2023 (ECF #129) Defendant sentenced to 42 months on Counts 4, 36 months on counts 1-3, 12 months on counts 5-6 & 1 month on count 8 to be served concurrently. 36 months of supervised release. $460 special assessment & $2,000 restitution. Credit for time served.

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

March 26, 2023
DATE

Dan Egtvedt by Kim Albert
APPELLANT

Kim Anne West
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ☐
PAID USDC FEE ☐
PAID USCA FEE ☐

Does counsel wish to appear on appeal?   YES ☐   NO ✓
Has counsel ordered transcripts?   YES ☐   NO ✓
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES ✓   NO ☐