IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-CR-177(CRC) |
| | ) | |
| | ) | |
| DANIEL D. EGTVEDT | ) | |

### MOTION TO ALLOW MR. EGTVEDT TO GO ACROSS THE STREET TO PACK PERSONAL ITEMS

The Defendant, Daniel Egtvedt, by his counsel, Kira Anne West, hereby respectfully asks the Court to allow Mr. Egtvedt to travel across the street to the home of his brother Rick Egtvedt to sort through personal property this weekend and in support states the following:

This Court sentenced Mr. Egtvedt on March 16, 2023. He has been ordered to report to prison on April 25, 2023. The defendant is trying to get his personal property in order and as such, he needs to walk across the street to the Boy Scout Road address (where he lived the first year of his detention) to sort out his personal belongings that are there in storage.

Brother Rick Egtvedt sent Pretrial Officer Beck an email requesting same earlier today which was denied because the request was not made three days prior. Undersigned counsel emailed Officer Beck in the last hour but has not had a response. Mr. Egtvedt is asking that he be allowed to go across the street on this Friday, Saturday morning and Sunday afternoon, April 7-9, 2023.

Undersigned counsel respectfully requests that Mr. Egtvedt be allowed to travel across the street to take care of his affairs before he goes to prison. Undersigned counsel apologizes for a motion on Easter weekend.

Respectfully submitted,

KIRA ANNE WEST

By: _____/s/_____
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I hereby certify on the 6th day of April, 2023 a copy of same was delivered to the parties of record, via ECF, pursuant to the Covid standing order and the rules of the Clerk of Court.

_____/S/_____
Kira Anne West