UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL DEAN EGTVEDT<br><br>Defendant. | Case No. 1:21-cr-00177-CRC |

**NOTICE OF GOVERNMENT'S POSITION REGARDING APPLICATION FOR ACCESS TO TRIAL EXHIBITS MADE BY THIRD-PARTY APPLICANTS**

The United States of America, by and through the United States Attorney for the District of Columbia, and as directed by the Court in its minute Order issued May 30, 2023, hereby provides notice that it does not oppose the Application for Access to Trial Exhibits made by third-party applicants (ECF no. 136).

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

by :    /s/*Michael C. Liebman*
Assistant United States Attorney
D.C. Bar no. 479562
601 D Street, N.W.
Washington, D.C.  20530
(202) 252-7243
michael.liebman@usdoj.gov