UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal No. 21-CR-177(CRC)
:
DANIEL DEAN EGTVEDT, :
         Defendant. :

### NOTICE OF FILING

The parties have reached a stipulation regarding the cellular phone of the defendant. This stipulation is attached hereto as exhibit 1.

KIRA ANNE WEST

By:    /s/    *Kira Anne West*
Kira Anne West
DC Bar No. 993523
712  H Street N.E., Unit  509
Washington, D.C.  20002
Phone:  202-236-2042
kiraannewest@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify on the 4th day of November, 2024, a copy of same was delivered to the parties of record, by ECF pursuant to the rules of the Clerk of Court.

/S/ *Kira West*
Kira Anne West

1