UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :
                             :    CRIMINAL NO. 21 Cr. 177 (CRC)
v.                           :
                             :
DANIEL DEAN EGTVEDT          :
                             :
Defendant.                   :

STIPULATION REGARDING RETURN OF DIGITAL DEVICES AND
ELECTRONICALLY STORED INFORMATION

The United States of America and defendant Daniel Dean Egtvedt ("Defendant") hereby agree and stipulate as follows:

RECITALS

1.   On or about February 13, 2021, the defendant was arrested in Oakland, Maryland, and the defendant's cell phone was seized.

2.   Defendant has requested the return of the following specified digital devices and electronically stored information (the "Digital Media"): A black Apple iPhone 7 Plus Model A1661, bearing IMEI: 359474083508436.

3.   The government searched the defendant's phone pursuant to Search Warrant 21-SW-83, signed by Magistrate Judge Harvey on March 23, 2021. The government has created an exact and accurate image (the "Image") of each of the Digital Media specified in paragraph 2 by performing an extraction for the purpose of searching the Image.

4.      The government intends to use materials discovered as a result of its search(es) as evidence in the pending and ongoing investigation and prosecution including, possibly, introducing those materials into evidence at trial or other proceedings.

### STIPULATION

Accordingly, the parties AGREE and STIPULATE as follows:

1.      Defendant waives the right to object to the admissibility of the Images of the Digital Media and the right to question witnesses or make arguments concerning the reliability of the methods used to create the Images *in his criminal trial 21-CR-177(CRC). kw*

2.      The government will retain, and upon request will provide to defense counsel, the Images extracted from the Digital Media.

3.      The Digital Media will be returned to Kira West, Esq.

4.      The government will retain the Images of the Digital Media, including all evidence thereon, for use at trial and any other proceedings in this matter, *21 CR-177(CRC). kw*

5.      The Images of the Digital Media and/or any other copies are "admissible [into evidence] to the same extent as the original," within the meaning of Federal Rule of Evidence 1003.

6.      The government may continue to examine the Images for materials identified in the Search Warrant consistent with the terms of the Search Warrant.

7. Defendant retains the right to challenge the Search Warrant and move to suppress the Images of the Digital Media pursuant to Fed. R. Crim. P. 41(h).

So stipulated.

Respectfully submitted and agreed,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

Date: April 21, 2023    By: *Colleen D. Kukowski*
**Colleen D. Kukowski**
Assistant United States Attorney
601 D Street Northwest
Washington, D.C. 20001
D.C. Bar # 1012458

Date: 11/4/2024    *D.D. Egtvedt by Kira West*
**Daniel Dean Egtvedt**
Defendant

Date: Nov. 4, 2024    *Kira West*
**Kira West, Esq.**
Attorney for Defendant

4