UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 21-CR-177(CRC) |
| : | |
| DANIEL DEAN EGTVEDT, : | |
| Defendant. : | |

### MOTION FOR RE-SENTENCING

On March 16, 2023, this honorable court sentenced the above defendant to 42 months on count 4 of the indictment which charged him with a violation of 18 U.S.C. Section 1512 (a)(2). See minute order of 3/20/23 and Judgment, ECF. No. 128. Mr. Egtvedt filed a timely notice of appeal. *See* ECF. No. 130. Since that time, the D.C. Circuit decided *U.S. v. Brock*, 94 F. 4th 39 (D.C. Cir. 2024) and the Supreme Court decided *Fischer v. United States*, No. 23-5572. Both cases held in favor of the defendant. Defendant filed through his appellate counsel a motion for release pending appeal. *See* ECF No. 146. A revised Sentencing Guidelines calculation was done by the Probation Office. *See* ECF No. 148. By minute order on May 29th, 2024, this court denied the motion for release pending appeal. On September 9th, 2024, after Fischer, a mandate was issued by the United States Court of Appeal ordering the conviction of 1512(a)(2) to be vacated and the case remanded for further proceedings.

Defendant Egtvedt respectfullyy asks this Court for an order directing the United States Probation Office to again recalculate the guidelines and asks for a date certain for resentencing. The government does not oppose this motion, but states that if defendant files it, they will seek an upward departure.

KIRA ANNE WEST

By:    /s/    *Kira Anne West*
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify on the 4th day of November, 2024, a copy of same was delivered to the parties of record, by ECF pursuant to the rules of the Clerk of Court.

/S/ *Kira West*
Kira Anne West