UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Case No. 1:21-cr-00177-CRC |
| **DANIEL DEAN EGTVEDT** | |
| **Defendant.** | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR RESENTENCING**

The United States of America, by and through the United States Attorney for the District of Columbia, hereby responds to defendant's motion for resentencing (ECF no. 151).  As represented in the defendant's motion, the government does not oppose resentencing.  However, the government has not, in fact, decided to seek an upward departure.  Rather, as the government advised defense counsel prior to counsel filing the motion, the government might seek an upward departure, or perhaps a variance, at any resentencing, such that the new sentence imposed by this Court is identical to the sentence imposed at the original sentencing.

    Respectfully submitted,

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY

by :    /s/*Michael C. Liebman*
    Assistant United States Attorney
    D.C. Bar no. 479562
    601 D Street, N.W.
    Washington, D.C.   20530
    (202) 252-7243
    michael.liebman@usdoj.gov