UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Case No. 1:21-cr-00177-CRC |
| **DANIEL DEAN EGTVEDT,** | |
| **Defendant.** | |

**GOVERNMENT'S MOTION FOR LEAVE OF COURT TO DISMISS SUPERSEDING INDICTMENT WITH PREJUDICE**

The United States of America, by and through the Acting United States Attorney for the District of Columbia, pursuant to rule 48, subdivision (a) of the Federal Rules of Criminal Procedure, and as required by the Proclamation of the President, issued on January 20, 2025, Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at or Near the United States Capitol on January 6, 2021, respectfully moves for leave of Court to dismiss with prejudice the Superseding Indictment (ECF no. 43).

As of the time of filing counsel for the defense had not responded to the government's request for the defense position on this motion. A proposed Order is attached.

Respectfully submitted,

EDWARD R. MARTIN, JR.
ACTING UNITED STATES ATTORNEY

/s/*Michael C. Liebman*
Assistant United States Attorney
D.C. Bar no. 479562
601 D Street, N.W., room 4.1501
Washington, D.C. 20530
michael.liebman@usdoj.gov
(202) 252-7243